FILED

APR 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | BIVENS V. 6 UNKNOWN NAMED AGENTS 403 U.S. 388 |
| Plaintiff, | § | |
| vs. | § | COMPLAINT |
| BARBARA RIGGS, | § | JURY TRIAL DEMANDED |
| 950 H STREET, N.W. SUITE 8300 WASHINGTON, D.C. 20223 | § | CASE NUMBER  1:06CV00782 |
| | § | JUDGE: Ricardo M. Urbina |
| Defendant, | § | DECK TYPE: FOIA/Privacy Act |

DATE STAMP: 04/27/2006

Preliminary Statement:

This is a civil rights action by Plaintiff, Lester Jon Ruston #26834-177, who is a civil detainee at the Medical Center for Federal Prisoners, due to allegations of "fact" contained herein, for damages and injunctive relief, as well as declaratory relief, pursuant to "Bivens v. Six Unknown Named Narcotics Agents", 403 U.S. 388, alleging that the Defendant conspired to aid and abett the violation of Plaintiff's civil and constitutional rights, which continue to this filing. Further, Plaintiff alleges a criminal conspiracy by the Defendant to violate multiple State of Texas and Federal laws, most notably conspiracy to aid and abett, in alleged criminal violation of Title 18 U.S.C. § 2, on record. Plaintiff also alleges the torts of assault and battery, abuse of process, deceit, false imprisonment, attempted malicious prosecution, slander, libel and negligence.

Jurisdiction:

1.   The Court has jurisdiction over the Plaintiff's claims of the violation of Federal Constitutional Rights under 28 U.S.C. §§ 1331 and 1343.

2.   The Court has supplemental jurisdiction under 28 U.S.C. § 1332 "diversity of jurisdiction" and Title 28 U.S.C. § 1391, as all actions committed by the Defendant occurred in this District.

3.   The Court has supplemental jurisdiction pursuant to Title 28 U.S.C. § 1402(b).

Parties:

4.   The Plaintiff is a pre-trial detainee, held under an alleged unlawful "civil" commitment at the Medical Center for Federal Prisoners (see Ruston v. United States, 05-3243-CV-S-RED-P Western District of Missouri and Ruston v. Justice Department, 06-3094-CV-S-RED-P same Court). Plaintiff claims a waiver of the Prison Litigation Reform Act (PLRA) and has been granted such in Ruston v. Collin County, Texas, 06-3037-CV-S-RED-P, co-conspirators of the Defendant (also Western District of Missouri, Southern Division and Ruston v. ATF, 05-2314 RMU D.C. District Court). Plaintiff cites **Perkins v. Hedrick, 340 F.3d 582 8th Cir. 2003.** Plaintiff is in imminent danger of serious physical harm and death, and has a contract out on his life, as evidenced in F.B.I. file 89B-DL-101826, U.S. Marshal's records in F.O.I.A. #2005USMS8783 and Dallas Police records, multiple, plus the N.C.I.C. and investigative records regarding an unknown African-American male, ex-Marine, last known address 4804 _____ 306, Dallas, Texas 75872 as of May of 2004, which the Defendant has "ordered" suppressed and is aiding and abetting. Said suppression has violated the Plaintiff's constitutional rights pursuant to the 4th, 5th, 6th, 8th and 14th Amendment to the U.S. Constitution.

RECEIVED
MAR 3 0 2006

5. The Defendant is a Deputy Director of the United States Secret Service, which is a component of the U.S. Department of Homeland Security, a component of the Executive Branch of the United States of America. She may be served with process at Office of General Counsel, 950 H Street, NW Suite 8300, Washington, D.C. 20223. She is sued in her individual and "official" capacity.

Facts:

6. On or about May of 2004, multiple criminal acts of "stalking" and attempted murder were perpetrated against the Plaintiff in Dallas and Carrollton, Texas, in retaliation for his status as a "witness", litigant and informant against Government officials, most notably Jeffrey Don Elmore of the Secret Service, an insane moron who failed in an attempted malicious prosecution of Plaintiff in U.S. v. Ruston, 3:01-CR-178-X Northern District of Texas, Dallas Division, dismissed September 17, 2001. Elmore is a suspect in the May 2004 "conspiracy".

7. On or about October of 2005, the Defendant engaged in a conspiracy to violate the Plaintiff's statutory and constitutional rights that a reasonable person should have known. Said "conspiracy" includes obstruction of justice and aiding and abetting perjury committed by Jeffrey Don Elmore.

8. On or about July of 2005 and continuing to the present, the Defendant conspired to "order" the deprivation of Plaintiff's statutory rights pursuant to 5 U.S.C. § 552 and 552(a), which continues to this filing, to obstruct justice and violate Plaintiff's 4th, 5th, 6th, 8th and 14th Amendment Rights to the U.S. Constitution. Defendant has ordered a staff member to withhold evidence of allegations of the R.I.C.O. Racketeering Act, Title 18 U.S.C. § 1961 by her staff from the Plaintiff, on record in F.O.I.A. # 20050373.

9. Defendant has conspired with the Justice Department to violate Title 18 U.S.C. § 2340 "Torture" of the Plaintiff, which is ongoing, in retaliation for a Federal Tort Claim Plaintiff filed against the U.S. Secret Service for their crimes alleged against Plaintiff, which began in 2000.

10. Defendant has conspired to allegedly violate Title 18 U.S.C. § 241 by engaging in a conspiracy with Government officials to violate Plaintiff's 4th Amendment Right to liberty, 5th and 14th Amendment Rights to due process, and 6th Amendment Right to act as his own counsel and "confrontation" which is ongoing (**SEE IN RE RUSTON 05-11803 5th Cir. Jan. 2006**).

11. Defendant has committed abuse of process, pursuant to Title 28 U.S.C. § 2671-2680, by acts of deceit, misrepresentation and has caused the intentional infliction of emotional and mental distress, which is ongoing to this filing. Defendant "claims", in writing, which can be easily shown at trial and by and through deposition, that Defendant has abused her authority and falsely stated the actions of willful perjury by her staff are not "negligent or wrongful acts", with full knowledge that her statements were fraudulent and she was conspiring to aid and abett Federal crimes.

Denial of Due Process:

12. That the actions of the Defendant have aided and abetted the violation of Plaintiff's civil and constitutional rights clearly established by State of Texas and Federal Law and Codes, which a reasonable person should have known. Plaintiff has been denied his 4th, 5th, 6th, 8th and 14th Amendment Rights under the U.S. Constitution for the past 22 months, due to the reckless disregard for the duties of her office by the Defendant.

13. Defendant may be in criminal violation of Title 28 U.S.C. § 2388 and 2381 as the Plaintiff was volunteer "recruiting" for the U.S. Navy during a war during May of 2004 when this conspiracy occurred.

Claims for Relief:

Wherefore, premises considered, Plaintiff would move the Honorable Court to Grant the following relief:

A.   Issue a declaratory judgment stating that:

1.   The actions of the Defendant violated Federal law pursuant to Title 18 U.S.C. § 2, which was clearly in place at all times during the allegations herein.

2.   The actions of the Defendant aided and abetted the violation of statutory and constitutional rights that a reasonable person should have known.

B.   Issue an injunction ordering Defendant not to come within 100 feet of the Plaintiff, nor any "agents" of the Plaintiff, to include all law enforcement "officials" of the State of Texas, with whom Defendant has conspired, on record. Said injunction to include all staff of the United States Secret Service.

C. Issue an injunction ordering the Defendant and any "agent" of the Defendant, to include all staff of the United States Secret Service from engaging in any further acts of fraud or aiding and abetting any further crimes, or conspiring to violate any further statutory and constitutional rights of the Plaintiff without the matter first being presented to this Honorable Court, "agents" of this Honorable Court, The Central Intelligence Agency and the House Select Committee on Intelligence.

D.   Issue an "order" to the Office of the Attorney General to appoint a "special attorney" to investigate these matters, in the interest of the "general public" as the Office of the United States Attorney of the Northern District of Texas, Dallas Division has conspired with the Defendant, on record, pursuant to 28 U.S.C. § 543(a).

E.   Issue an "order" to the F.B.I. to investigate all matters and provide the Court and Plaintiff all evidence, pursuant to Title 28 U.S.C. § 535.

F.   Award compensatory damages to include all costs associated with this litigation, including court costs, attorney fees and fees for private investigators to assist the Plaintiff in gathering evidence suppressed as alleged herein.

G.   Award punitive damages in the amount of $ 10,000.00 as said acts have caused the loss of income and employment contracts and caused the intentional infliction of emotional and mental distress and will serve to send a "message" to all corrupt Federal employees that there are consequences to alleged "corruption". Further, Plaintiff intends on leaving this Country, to prevent any further deprivation of Constitutional rights of a Constitution **that does not exist for the Plaintiff,** due to insane people like the Defendant, who should assist in bearing this cost.

H.   Grant such further relief as this Honorable Court deems fair and equitable.

I.   The Court has jurisdiction over the injunctive relief requested above pursuant to Title 28 U.S.C. § 2283 & 2284 and has jurisdiction over the declaratory relief requested above pursuant to Title 28 U.S.C. § 2201 & 2202.

Dated: 3-27-06                          Respectfully Submitted,


                                        Lester Jon Ruston #26834-177
                                        P.O. Box 4000
                                        Springfield, Missouri  65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 2nd day of April, 2006, by regular U.S. Mail. Plaintiff is an indigent pre-trial detainee, held without constitutional rights, and has been ruled such in Ruston v. ATF, 05-2314 RMU,and does respectfully request assistance with service as such, pursuant to Title 28 U.S.C. § 1915(g) and Fed.R.Civ.P.

Lester Jon Ruston

AFFIDAVIT

My name is Lester Jon Ruston. I am over the age of 18 and am competent to make the following declaration. I am the Plaintiff in the above numbered and styled cause of action. Pursuant to Rule 65 Fed.R.Civ.P. Affiant does hereby state, under penalty of law, that all allegations of "fact" contained herein are true and correct to the best of my knowledge, State of Texas, State of Missouri and Federal records, sworn to under penalty of law. Further, the CBS Television network are witnesses to the allegations of fact with regards to the Defendant. Affiant does swear to such under penalty of law with Affiant's signature affixed, pursuant to Title 28 U.S.C. § 1746 and Rule 65 Fed. R.Civ.P.

Dated: 3-27-06

Lester Jon Ruston - Declarant

Exhibit

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

APR 2 7 2006

**06 0782**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON,                          §

   Plaintiff,                               §

vs.                                         §    Civil Action No. ▓▓▓▓

UNITED STATES SECRET SERVICE,               §

   Defendants,                              §

## AFFIDAVIT OF LESTER JON RUSTON

My name is Lester Jon Ruston. Affiant is over the age of 18 and is "competent" to make the following declaration. Affiant is the Plaintiff in the above numbered and styled cause of aciton. Jeffrey Don Elmore, of the Defendants, has conspired to harass, torture and violate the civil and constitutional rights of the Plaintiff for five years, to aid and abett an organized R.I.C.O. Racketeering "mafia" being operated in North Texas by Government officials and their "associates", mostnotably David Hamilton, Owner of Jack Boles Services, of Dallas, Texas, a valet and limo service used as a "front" for organized crime, aided and abetted by Bill Hill, Criminal District Attorney of Dallas County, a close "friend" of Hamilton's.

Affiant is a litigant against Hamilton in multiple matters and investigated him as an employee, undercover. U.S. Secret Service Agent and a Director Pearson of the State of Texas have openly engaged in a conspiracy with Hamilton, on the record in U.S. v. Ruston, 3:01-CR-178-X, dismissed.

Elmore has arrested Affiant twice, both times illegally in criminal conspiracies with David Hamilton and Collin and Dallas County, Texas officials. Both arrests were witnessed by multiple individuals and security cameras. At no time did Affiant ever possess a hand held cross bow or attempt to load a hand held cross bow and attempt to shoot it at Secret Service Agents.

James K. Ellis and Elmore have filed a fraudulent Affidavit which has resulted in 21 months of illegal incarceration of the Affiant, in criminal violation of Title 18 U.S.C. §'s 241, 2, 1113, 1513, 1512, 2340, 2388 and 2381.

Five Judicial Officers have conspired to aid and abett this fraud in Dallas (see Ruston v. Fish, et al 06-3077-CV-S-RED-P Western District of Missouri, Southern Division).

All allegations of fact contained herein are true and correct to the best of Affiant's knowledge and State of Texas, State of Missouri and Federal records, sworn to under penalty of law with Affiant's signature affixed, pursuant to Rule 55 Fed.R. Civ.Pro. and Title 28 U.S.C. § 1746. Further, Affiant sayeth naught:

Dated 3-13-06

_____     Lester Jon Ruston
Declarant