FILED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, §
Medical Center for Federal Prisoners
     Plaintiff, POB 4000 §
         Springfield, MO 65801-4000 § Civil Action No. 06 0782
vs. §
BARBARA RIGGS, §
     Defendant, §

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion to Proceed In Forma Pauperis, and would show the Honorable Court as follows:

I.

Plaintiff is an indigent pre-trial civil detainee, and has been granted I.F.P. status in Ruston v. ATF, 05-2314 and Ruston v. Justice Department, 06-0224 before this Honorable Court. Plaintiff is in imminent danger of serious physical harm, as evidenced by the murder in January of Tim Baker by inmate Ulysis Jones, which Plaintiff is a material witness in for the Missouri Board of Healing Arts. Plaintiff has been "threatened" by an inmate, who is suspected of being a "snitch" for the F.B.I. that he was going to be murdered, due to his litigation and status as a witness. Plaintiff does also seek all relief by this Honorable Court pursuant to Title 18 U.S.C. § 3626.

II.

The Defendant in this complaint has aided and abetted the violation of clearly established statutory and constitutional rights of which a reasonable person should have known, see **Harlow v. Fitzgerald**, 457 U.S. 800, 102 S.Ct 2727, 73 L.Ed 396.

III.

Plaintiff has stated a claim upon which relief can be granted, to wit, the abuse of process, and aiding and abetting the deprivation of constitutional rights. It is an abuse of discretion to dismiss a complaint under Section 1915(d) if the complaint can prove any set of "facts" that would entitle him to relief, see **Horsely v. Asher**, 741 F.2d 209.

RECEIVED
MAR 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, premises considered, Plaintiff does move the Honorable Court to grant this motion and allow Plaintiff to proceed I.F.P.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri  65801-4000

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was provided to the clerk of the court on this 2nd day of April, 2006, by regular U.S. Mail.

Les J. Ruston

**Leave to file without Prepayment of Cost GRANTED**

4/19/06

Inmate Qualifies for OTC Medication
This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $290.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| OTC MEDICATIONS | Limited List | 2/17/2006 | 12/31/3000 | SPG7511 | Yes |

## Comments

Comments:

06 0782
FILED
APR 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

🖨 PRINT

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 2884177 | Current Institution: | Springfield MCFP |
| Inmate Name: | RESTON, LESTER | Housing Unit: | MHU-FOR |
| Report Date: | 03/07/2006 | Living Quarters: | G01-210L |
| Report Time: | 12:11:15 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 9579 |
| PAC #: | |
| FRP Participation Status: | Unassigned |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 10/12/2004 |
| Local Account Activation Date: | 5/27/2005 3:51:40 AM |
| Sort Codes: | |
| Last Account Update: | 2/17/2006 3:28:25 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.14 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.14 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.14 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.14 |

🖨 PRINT

# Inmate Statement

| | |
|---|---|
| Inmate Reg #: | ?8?-177 |
| Inmate Name: | RESTON, LESTER |
| Report Date: | 03/07/2006 |
| Report Time: | 12:11:32 PM |

| | |
|---|---|
| Current Institution: | Springfield MCFP |
| Housing Unit: | MHU-FOR |
| Living Quarters: | G01-210L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $0.00 | | $0.00 |
| 1 | | | | | | | | |
| | Total Transactions: 0 | | | | Totals: | $0.00 | $0.00 | |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SPG | $0.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.14 |
| Totals: | $0.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.14 |