IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAY 0 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 1:06-cv-782 |
| BARBARA RIGGS, | § | |
| Defendant, | § | |

SUPPLEMENTATION/AMENDMENT TO COMPLAINT
RULE 15

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Amendment/Supple-
mentation to Complaint, pursuant to Rule 15 Fed.R.Civ.P. and would show the Honorable
Court as follows:

I.

Paragraph 11. is amended to read as follows: "Defendant has committed abuse of
process, pursuant to Title 28 U.S.C. § 2671-2680, by an act of deceit, misrepresenta-
tion and has caused the intentional infliction of emotional and mental distress, which
is ongoing to this filing. Defendant made false claims, in writing, in response to a
Federal Tort Claim filed by the Plaintiff, by certified mail, to aid and abett felony
aggravated perjury and subordination of perjury by James K. Ellis of the Dallas Bureau
of the F.B.I. and Jeffrey Don Elmore, last known employment the United States Secret
Service. Defendant "claimed", in writing, that committing and aiding and abetting
federal crimes were not "negligent or wrongful acts" with the full knowledge that
her statements were fraudulent and preventing the Plaintiff from volunteer "recruiting"
for the United States military, in alleged violation of Title 28 U.S.C. § 2388. Further,
the Defendant did allegedly "order" her staff to tamper with witnesses, which continues
to this filing, including the Plaintiff's own son, to aid and abett an organized R.I.C.O.
Racketeering "mafia" operating out of North Texas, in alleged violation of Title 18 U.S.C.
§ 2. Further, she has conspired with "officials" in Springfield, Missouri to violate
Title 18 U.S.C. § 2340 "torture" of the Plaintiff (see Ruston v. Dorr, et al 06-3171-
CV-S-DW-P Western District of Missouri, Southern Division).

-1-

Wherefore, premises considered, Plaintiff, Lester Jon Ruston does file this, his Supplementation and Amendment, pursuant to Rule 15 Fed.R.Civ.P. and does move this Honorable Court to docket such and take judicial notice.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 11th day of May, 2006, by regular U.S. Mail. Plaintiff is an indigent pre-trial civil detainee, and does hereby respectfully request assistance with service as such.

Les J. Ruston

United States District Court
Attn. Nancy Mayer-Whittington
333 Constitution Ave. N W
Washington, D.C. 20001