IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, §
    Plaintiff, §
vs. § Civil Action No. 1:06-cv-782
BARBARA S. RIGGS, §
    Defendant, §

RECEIVED MAY 0 8 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

EMERGENCY PETITION FOR A PRELIMINARY INJUNCTION
REQUEST FOR RELIEF TITLE 18 U.S.C. § 3626

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Emergency Petition for a Preliminary Injunction and Request for Relief Pursuant to Title 18 U.S.C. § 3626, and would show the Honorable Court as follows:

I.

Plaintiff is illegally detained on a fraudulent charging instrument. Due to the wanton acts of fraud by the Defendant, and her multiple alleged co-conspirators, the Plaintiff has been denied a "Franks" hearing to argue suppression of evidence. Further, the Defendant and multiple co-conspirators have engaged in multiple allegations of "witness tampering", in alleged violation of Title 18 U.S.C. § 1512. The most recent allegation occurred on April 25, 2006 during a hearing pursuant to CFR 549.43, in which the Defendant has conspired to attempt "battery" on the Plaintiff by forced medication, in retaliation for this civil complaint. Said allegation of "battery" has been clearly ruled upon by the Federal Courts in Bee v. Greaves, 744 F.2d 1387. The Courts have clearly ruled that a preliminary injunction is justified when the Plaintiff can show harm and injury in the matter Lewis v. Casey, 518 U.S. 343 (1996).

II.

Further, the Plaintiff's mail is being purposely impeded, in alleged criminal violation of Title 18 U.S.C. § 1702, to obstruct justice in the allegations contained in this complaint. Said allegation of impeding the U.S. Mail is "public record" in Ruston v. United States, 3:06-CV-238-L in the Northern District of Texas, Dallas Divi-

sion, the Federal Tort Claim that gave rise to this litigation. Further, the Plaintiff's mail has been impeded in the matter U.S. v. Ruston, to tamper with the record (3:04-CR-191-G), as the Plaintiff has authored IN RE RUSTON 05-11803 5th Cir. Jan. 2006. The Defendant and multiple co-conspirators have conspired with Karen Mitchell, Clerk of the Court in Dallas to do this, to aid and abett all allegations of this civil complaint.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does respectfully request this Honorable Court GRANT this motion, and issue a preliminary injunction in this matter, to be served upon the Defendant, instanter. Plaintiff has served the Defendant a Rule 11 letter, demanding she cease and desist all further acts of fraud, and provided the Defendant copies of this motion/petition and the Amendment/supplementation, Rule 15 filing.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801-4000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 11th day of May, 2006, with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P.

_____ Les J. Ruston

United States Secret Service
Attn. Barbara S. Riggs
Deputy Director
Office of General Counsel
950 H Street, NW Suite 8300
Washington, D.C. 20223