UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON<br>R 26834-177<br>MEDICAL CENTER FOR<br>FEDERAL PRISONERS<br>P.O. Box 4000<br>Springfield, MO 65801<br><br>          Plaintiff,<br><br>          v.<br><br>BARBARA RIGGS,<br>950 H Street N.W., Suite 8300<br>Washington, D.C. 20223<br><br>          Defendant. | Civil Action No. 06-0782 (RMU)) |

MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF

The Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to the Complaint in this action, from May 23, 2006, up to and including June 23, 2006. This response may be in the form of a dispositive motion. Undersigned counsel has not discussed this non-dispositive motion with pro se Plaintiff because he is currently incarcerated.

This enlargement of time is sought because based upon his schedule, Counsel for the Defendant to this case has been unable to devote sufficient time necessary to address this matter since he has had to address a number of other matters. Numerous demands necessitate this enlargement. The demands of the pre-class certification discovery schedule in the litigation of Hubbard v. Potter, C.A. No. 03-1062 (RJL), a nationwide class action, have consumed a substantial

amount of time.  Counsel for Defendant is responsible for a second class-action case, <u>Johnson v. District of Columbia</u>, C.A. No. 02-2364 (RMC) that was in mediation but has now resumed a litigation schedule and has consumed more time than originally contemplated.  Further, Counsel for Defendant, who was on emergency duty for the U.S. Attorney's Office, was assigned to handle a motion for a temporary restraining order (TRO) on May 5, 2006, in <u>Brown Helicopter, et al v. U.S. Department of Defense</u>, C.A. No. 06-0667 (JR). Although a subsequent agreement mooted the TRO request, time was consumed with research and negotiation.  These responsibilities, among others, have limited Counsel for Defendant's efforts to focus on completing a reply in this case.  Moreover, while Counsel for the Defendant is making this appearance on behalf of Defendant Riggs for the limited purpose of filing this extension, her  request for representation has not been approved as of this writing, and this issue needs to be resolved before formal representation can be undertaken.[1] Although Counsel for Defendant could proceed without representation authority as to the non-Bivens claims in the Complaint, it is preferable for this Court and all parties for Counsel for Defendant to present  a coordinated defense of this entire matter.  These and other responsibilities by Counsel for the Defendant will not allow completion of an adequate response before May 23, 2006 .

---

[1] By filing this motion, the Defendant does not waive any Fed. R. Civ. P. 12(h) defenses or any other defenses, particularly immunity.

In light of the foregoing, Defendant requests an enlargement of time within which to respond to the Complaint in this action up to and including June 23, 2006.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH C. CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 396-739
Assistant United States Attorney
Judiciary Center Bldg., Room 10-450
555 4th Street, N.W.
Washington, DC  20530
(202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 22nd day of May, 2006, I caused the foregoing Consent Motion for Enlargement, Memorandum in Support Thereof and proposed order, to be served on Plaintiff , pro se, by first-class mail, postage prepaid, addressed as follows:

LESTER JON RUSTON
R 26834-177
MEDICAL CENTER FOR FEDERAL PRISONERS
P.O. Box 4000
Springfield, MO 65801

                                                          _____
                                                          BENTON G. PETERSON WI BAR # 1029849
                                                          Assistant United States Attorney
                                                          Judiciary Center Building
                                                          555 Fourth Street, N.W.
                                                          Washington, D.C. 20530
                                                          (202) 514-7238