UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON<br>R 26834-177<br>MEDICAL CENTER FOR<br>FEDERAL PRISONERS<br>P.O. Box 4000<br>Springfield, MO 65801<br><br>**Plaintiff,**<br><br>v.<br><br>BARBARA RIGGS,<br>950 H Street N.W., Suite 8300<br>Washington, D.C. 20223<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-0782 (RMU))<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time Within Which to Respond to Plaintiffs' Complaint, Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including June 23, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____ , 2006.

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W. - Rm. 10-450
Washington, D.C. 20530


Lester Jon Ruston
R26834-177
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801