IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LESTER JON RUSTON, RMU | § |
| PLAINTIFF, | § |
| VS. | § CIVIL ACTION NO. 06-0782 |
| BARBARA S. RIGGS, | § |
| DEFENDANT, | § |

AFFIDAVIT IN SUPPORT OF PETITION FOR A TEMPORARY RESTRAINING ORDER

My name is Lester Jon Ruston. I am over the age of 18 and am competent to make the following declaration, under penalty of law. The Defendant, Barbara S. Riggs, has "retaliated" against the Affiant by conspiring, on record, with multiple employees of the Justice Department to attempt to commit assault and battery on Affiant, which is "public record" in U.S. v. Ruston, 3:04-CR-191-G, a malicious attempted prosecution of the Affiant to obstruct justice in stalking and attempted murder. Jeffrey Don Elmore is a listed suspect in these allegations of "fact", and was last employed by the Defendant.

The Defendant's actions constitute "tampering with witnesses", pursuant to Title 18 U.S.C. § 1512, her "modus operandi", to terrorize and harass and political enemies of the Bush family.

On or about January of 2001, Affiant was "kidnapped" and "tortured" by Jeffrey Don Elmore, in a criminal conspiracy with Charles Sandoval and David Hamilton, both insane criminals engaged in a conspiracy to impede the operations of the Internal Revenue Service, in alleged criminal violation of Title 18 U.S.C. § 371. Affiant is the informant for the C.I.D.-I.R.S. Dallas Office against David Hamilton, d.b.a. Jack Boles Services, "motive" for this act of "retaliation" by Jeff Elmore, whose conspiracy with these insane criminals is "public record" in U.S. v. Ruston, 3:01-CR-178-X, dismissed.

Elmore has now committed perjury, Title 18 U.S.C. § 1621, and subornation of perjury, Title 18 U.S.C. § 1622, which he also committed in U.S. v. Ruston, 3:01-CR-178-X, dismissed N.D. Texas, Dallas Division September 2001.

The Defendant has conspired with the office of the United States Attorney for the Northern District of Texas, Dallas Division and multiple "judicial officers" to use the evidence from this "kidnapping" and "torture" case from 2001 as "evidence", to deny Affiant all Constitutional rights under the 1st, 4th, 5th, 6th and 14th Amendments to the U.S. Constitution for the past two years, on record in U.S. v. Ruston, 3:04-CR-191-G. Motive is to aid and abett attempted murder of the Affiant in the Dallas County Jail and Vernon State Hospital (Texas), which was aided and abetted by Irma Carillo Ramirez, in alleged criminal violation of Title 18 U.S.C. § 3, on record in Ruston v. Dallas County, Texas 3:02-CV-2349 N.D. Texas, Dallas Division, "motive" for all allegations of fraud

against the Defendant. The Defendant has "ordered" her staff, most notably Armando Fernandez, of the Irving, Texas Secret Service Office, to aid and abett all allegations of this complaint and affidavit, on record. She further ordered Federal Agents to place a loaded Glock 9MM gun to Affiant's head at the arrest sight, and threaten him with death on the perjured testimony of Jeff Elmore.

Since this May 22, 2004 arrest, the Defendant has openly conspired with A. Joe Fish, "Judge" over U.S. v. Ruston, 3:04-CR-191-G, to tamper with witnesses to obstruct justice in all allegations of this complaint, most notably a lesbian "Dr." Maureen Buriss, of the MDC-Los Angeles and James Kenneth Wolfson of the Medical Center for Federal Prisoners in Springfield, Missouri (see Ruston v. Dorr, 06-3171-CV-S-DW-P Western District of Missouri, Southern Division).

The Defendant has openly conspired to deny Affiant all statutory rights accorded a person under Title 18 U.S.C. §§§ 4241, 4242 and 4247(d), which the Defendant is now attempting to do again with "forced" counsel Mick Mickelsen, whom Affiant filed to dismiss, due to his aiding and abetting and misprision of a felony in this matter. All of these "facts" are public record in **IN RE RUSTON 05-11803 5th Circuit January 2006**, a Petition for a Writ of Mandamus, seeking the recusal/disqualification of all Judges of the Northern District of Texas. Mickelsen refuses to file to disqualify Fish, refuses to file a Motion to Suppress and refuses to provide "Brady" material "court" ordered in September of 2004, allegedly due to "tampering" by the Defendant and the United States Secret Service (see Ruston v. United States, 3:06-CV-238-L N.D. Texas, Dallas Division).

All allegations of "fact" contained herein are true and correct to the best of Affiant's knowledge, State of Texas, State of California and State of Missouri records, as well as Federal records, sworn to under penalty of law with Affiant's signature affixed, pursuant to Title 28 U.S.C. § 1746, and Rule 65 Fed.R.Civ.Pro. Further, Affiant sayeth naught:

Dated: 6-4-06

_____
Lester Jon Ruston - Declarant

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 9th day of June, 2006, by regular U.S. Mail.

_____
Lester Jon Ruston a.k.a. "The Bruce"