IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON §
   Plaintiff, §
vs. § Civil Action No. 06-0782 (RMU)
BARBARA S. RIGGS §
   Defendant, §

RECEIVED
JUN 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MOTION TO COMPEL PURSUANT TO TITLE 18 U.S.C. § 3771

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion to Compel Pursuant to Title 18 U.S.C. § 3771, and would move the Court for relief as follows:

I.

Plaintiff has filed for a Preliminary Injunction in this matter. The Defendant has conspired, on record, with multiple individuals to victimize the Plaintiff. Allegations of acts of crime, under the U.S. Codes Annoted, including are but not limited to: Title 18 U.S.C. §'s 2, 3, 4, 241, 242, 1113, 1201, 1621, 1622, 1623, 1961, 1962, 2340 and possibly 2388. Pursuant to Title 18 U.S.C. § 3771 (a)(1)(2), the Plaintiff has rights, which the Defendant has conspired to violate with multiple acts of fraud, abuse of process, deceit, misrepresentation, as alleged herein. She has specifically conspired with Special Agent Armando Fernandez, of the Irving, Texas location, to aid and abett attempted murder and stalking, the tendering of fraudulent documents to a Federal Court, etc., which Plaintiff provides evidence of attached as Exhibit "A".

II.

Plaintiff has been victimized by criminal acts of "perjury" by Carrollton Police Detective Gary Fernandez, on record in State v. Ruston, now W00-16497-A, in District Court 194 in Dallas County, Texas. The Defendant has allegedly "ordered" her staff to aid and abett an additional act of perjury by Fernandez, proof of which is attached as Exhibit "A", to violate all Plaintiff's Constitutional rights under the 1st, 4th, 5th, 6th, 8th and 14th Amendments to the U.S. Constitution, which is "public record" in State v. Ruston District Court 194, Dallas County, Texas and U.S. v. Ruston, 3:04-CR-

-1-

191-G N.D. Texas, Dallas Division, which prompts this litigation and request for injunctive relief. Plaintiff has a right to be protected from the Defendant, and her insane alleged co-conspirators, and be advised of all actions taken against them, which State and Federal officials in Dallas, Texas have denied Plaintiff, on the record, by multiple acts of legal and medical malpractice and fraud. Plaintiff obtained the evidence provided as "Exhibit A" on his own, as The State and Federal Court refuse to provide "discovery", or allow due process, as they do not acknowledge the United States Constitution, and are facially practicing Communism and engaged in "treason", in alleged criminal violation of Title 18 U.S.C. § 2381. Plaintiff has briefed "General Counsel" for the Central Intelligence Agency and the House Select Committee on Intelligence, as these allegations violate all statutes of authority under which the Defendant is supposed to act under Title 18 U.S.C. § 3056.

III.

The Defendant has conspired with Assistant United States Attorney Richard Alan Calvert, Jr. to violate Title 28 U.S.C. § 530(B), by the willful suppression of "Brady" material, therefore, Plaintiff does move this Honorable Court to "order" an investigation, pursuant to Title 28 U.S.C. §§ 526 and 535, due to the involvement of the Attorney General's Office and Federal Agents acting under color of law for the Defendant, as provided this Honorable Court in Exhibit "A" attached. The Defendant has conspired to obstruct justice in Plaintiff obtaining all records of Jeffrey Don Elmore and an unknown African-American Male, ex-Marine, last known address 4804 Haverwood Lane #826, Dallas, Texas 75287, who stalked and attempted to murder the Plaintiff in May of 2004. Pursuant to Title 18 U.S.C. § 3771, the Plaintiff has a right to these records, as a matter of law, and the Defendant has conspired to obstruct all efforts to obtain these records, despite the clear and irrefutable right of the Plaintiff to have them. Further, Defendant has allegedly "ordered" her entire staff to obstruct all evidence of fraud and crimes perpetrated against the Plaintiff by the Carrollton, Texas Police Department, Department of Public Safety of Texas and Allison E. Smith, Plaintiff's sister, who is an insane criminal. Her telephone records of 972-242-2999

clearly demonstrate criminal acts against the Plaintiff and a conspiracy with the Defendant and her staff, most of which is "public record" in U.S. v. Ruston, 3:01-CR-178-X N.D. Tex., Dallas Division, dismissed September 2001, and Ruston v. Trans-Tech Services, Precinct 1, Place 1, Dallas County Court, Dallas, Texas, also suppressed.

IV.

Further, the Plaintiff has a right to protection, pursuant to 18 U.S.C. § 3521, which has been denied him since a R.I.C.O. Racketeering "mafia" targeted him for stalking, theft, malicious prosecution, kidnapping and torture and attempted murder. The Court's have clearly ruled that a Plaintiff in litigation has this right in Davidson v. Cannon, 106 S.Ct. 668 L.Ed 2d 677.

Wherefore, premises considered, Plaintiff does file this Motion to Compel, and would move this Honorable Court to "order" all relief accorded the Plaintiff for all reasons listed herein, including immediate production of all records suppressed by the Defendant and her alleged co-conspirators.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 23rd day of June, 2006, by regular U.S. Mail, and a copy has been provided to the Defendant, pursuant to Rule 5 Fed.R.Civ.P. also on June 23, 2006, at the address listed below.

Les J. Ruston    a.k.a. "The Bruce"

Barbara S. Riggs
950 H Street N.W., Suite 8300
Washington, D.C. 20223

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  06/17/2004

On May 22, 2004, at approximately 5:00 AM surveillance was initiated at Revere Staffing Services (RSS), 14720 Webb Chapel Road, Farmers Branch, Texas in an attempt to arrest LESTER JON RUSTON pursuant to a Dallas County felony warrant. Arrest team personnel included SSA Armando Fernandez, SAs Rolando R. Lopez, J. Brooke Donahue, Diana Tenaglia, E. Danielle Aleman and James K. Ellis, TFOs Glenn Bradshaw and Humberto Saucedo, and Deputy United States Marshal (DUSM) Tom Schneider.

5:10 AM - RUSTON was arrested after exiting RSS, where RUSTON is employed. RUSTON was searched as were his belongings, no items were seized.

5:37 AM - A Carrollton Police Department (CPD) patrol unit transported RUSTON to the Carrollton City Jail, where he processed into the jail.

6:15 AM - RUSTON is advised of his rights by SA Ellis and DUSM Schneider. RUSTON agreed to waive his rights and be interviewed.

7:30 AM - The interview was concluded, and RUSTON was escorted by CPD personnel to a jail cell.

---

Investigation on  05/22/2004  at  Farmers Branch, Texas

File # 89B-DL-101826                    Date dictated  05/28/2004

by  SSA Armando Fernandez, SAs Rolando R. Lopez, J. Brooke Donahue, Diana Tenaglia, E. Danielle Aleman and James K. Ellis

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

XX    FELONY          MISDEMEANOR

BOND AMOUNT: $ _____

COURT NUMBER: _____    WARRANT NUMBER: **F04-15925**

The State of Texas vs. **RUSTON, LESTER JON**

Arrest Status:       AT LARGE

Race W    Sex M    DOB 09/17/1957    Ht. 5'07"    Wt. 160    Hair BRO    Eyes GRN

Res.Add.: 2525 PLAYERS CLUB DR  #312    Bus Name: SELF: PLANO MOWERS
         DALLAS, TX 75287

Bus.Add.: 2525 PLAYERS CLUB DR #312    DL/ID No: 09620635    State: TX
         DALLAS, TX

Complainant: FERNANDEZ, GARY #557

Date of Offense: 05/19/2004

Warrant of Arrest Issued to: ANY AUTHORIZED LAW ENFORCEMENT OFFICER

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS - - GREETINGS:

     YOU ARE HEREBY COMMANDED to take instanter the body of:

**RUSTON, LESTER JON**

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:

**OBSTRUCTION OR RETALIATION**
**Texas Penal Code    36.06**
**3rd Degree Felony**

of which felony offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS ___21___ DAY OF May 2004

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

**U.S. Department of Justice**  
**United States Marshals Service**

**PRELIMINARY THREAT REPORT**  
(Back Page)

Group Name or Description: (if applicable)

| | |
|---|---|
| Incarcerated: Yes | Location: Dallas County |
| Additional Suspects: | |
| FBI Notified: Yes  Date: 5-21-04 | Requested Investigation: Yes |
| Notified by: ▮▮▮ b7C | Joint Investigation: Yes  Requested Copy of Investigation: Yes |
| FBI Agent ▮▮▮ | Telephone #: ▮▮▮ |
| Office: Dallas | |

Brief Narrative: On Thursday, May 20, 2004 at 9:12 pm a message was left on the answering machine of ▮▮▮ courtroom deputy for Magistrate Judge ▮▮▮ (If an individual calls the main chambers number, they can reach ▮▮▮ number by pressing the number one for questions on scheduling and criminal matters.) The calling number was identified as (972) 446-0422. The message began with the caller stating ▮▮▮ and continuing in an intense and vulgar manner. The caller instructed the judge to look out the window at the black helicopters from the US Navy which were circling the building. The male caller went on to say the judge sent a Marine out to murder him for George Bush, the anti-Christ. The caller states the judge will go to Scotland where he will hang her, that she will die. He states ▮▮▮ (a former district judge) ran from him, she'd better run, she has 24 hours to resign.

It was determined the calling number is at the Royal Inn Hotel located at 1735 S. Hwy 35 E in Carrollton, Texas. Specifically, it came from room #102 which was registered to LESTER JON RUSTON from 5/19/04 until the morning of 5/21/04. The id used for check-in by RUSTON was his TX driver's license, #09620635 which shows his dob as 9/17/57.

LESTER has had several cases in the N/TX federal courts, including suits against Dallas County, President Bush, a suit against the Carrollton PD (in which Judge ▮▮▮ ruled it to be frivolous in September of 2002) and a criminal case where he threatened a Secret Service agent. He has also threatened Judge ▮▮▮ and numerous others. LESTER has a lengthy criminal history, including unlawfully carrying a weapon, harrassment, retaliation, and aggravated assault with a deadly weapon.

It was also determined there were two outstanding warrants for RUSTON. One was a misdemeanor warrant, the other a felony warrant from Dallas County for Obstruction/Retaliation. That warrant stems from RUSTON's having left a phone message at Carrollton's City Hall stating "▮▮▮ is dead" and "▮▮▮ - you're a dead mother ...". ▮▮▮ is a state judge and ▮▮▮ is a Carrollton PD officer.

On May 22, 2004, ▮▮▮ and FBI agents were able to locate and arrest RUSTON on those warrants. After RUSTON waived his Miranda rights by stating he wanted to talk ▮▮▮ and S/A ▮▮▮ interviewed RUSTON in Carrollton's jail.

RUSTON said he was sent to a psychiatric hospital in 1998, but they determined that he was okay. He said he doesn't take medications because they are poison. He thinks there are several people who have been trying to put hit-men on him. They are Geroge Bush, ▮▮▮ ▮▮▮ He said he has stayed at the Deluxe Inn hotel, however he stopped staying there after ▮▮▮ told him there was a camera behind the mirror. RUSTON sees the black Navy helicopters and said he asks for their help, they protect him.  [FALSE STATEMENT BY TOM SCHNEIDER]

RUSTON said he calls the media, Navy offices and law enforcement, and said he did call some "Mexican lady" federal magistrate judge. He initially said he called asking for arrest warrants for the people trying to kill him. He indicated he obtained her number from the telephone book (it is listed) and that he was actually trying to find the number for Magistrate Judge ▮▮▮ (who is also listed near ▮▮▮. He said ▮▮▮ is a great guy. RUSTON said he would not hurt any judge; that he called her begging for help.

A recording of the phone call to Judge ▮▮▮ was played for RUSTON. He said he was the one who called her. He said he was angry and that he was worried about the government trying to kill him. The phone call was to get her attention.

RUSTON said he tried to kill himself last November by taking 110 Tylenol PMs and a fifth of rum. It was unsuccessful, and he stated God didn't want him to die. RUSTON does not have any contact with his parents, he said they are insane.

S/A ▮▮▮ obtained a warrant for RUSTON on May 24 for the assault threat to Judge ▮▮▮. That warrant will not be executed until all of the state matters are resolved.

[Handwritten margin notes: RUSTON V. FISH 06-3077-V-S-REO-P WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION]

# Officer Safety Info



Lester Jon Ruston
AKA: "The Penguin"
W/M, DOB 09-17-57

Since March of 1999 Lester Ruston has repeatedly contacted members of the Carrollton police department through the mail and by phone. These contacts usually contain allegations that people are conspiring against him, and include allegations against his family, the Carrollton police department, the Plano police department, and Collin County, and are riddled with obscenities.

Ruston ████████, and his family is terrified of him. Ruston has spent time in a mental institution in the past.

In 2000 Carrollton PD filed Retaliation against Ruston for threatening put a bomb in Investigator ████████ vehicle. Plano PD is working cases against Ruston stemming from threatening letters sent to the home of two State District Judges.

Ruston apparently made probation on 05-19-04 and has begun to make threats again. This time, threats were to kill Investigator ████████ and a judge, and to fire nuclear weapons at city hall.

Ruston has an extensive criminal history including weapons charges and Aggravated Assault.

Ruston's threats seem to be getting more violent and direct. Ruston's last known addresses were either at Players Club Apartments or at 18959 Lina, Dallas.

Ruston may be driving a 1989 Honda Accord, TX L/P **C03-ZBB**.

**Officers should use caution if contact is made with Ruston, and report any contact to Intelligence.**

|                    |   |                                          |
|--------------------|---|------------------------------------------|
| STATE OF TEXAS     | ) |                                          |
| COUNTY OF DALLAS   | ) | AFFIDAVIT FOR ARREST WARRANT OR CAPIAS   |

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is _James T. Burss_, and I am a peace officer of the City of Carrollton, Dallas County, Texas.

I have good reason to believe and do believe that on or about 05/19/04 one RUSTON, LESTER JON, did then and there in the City of CARROLLTON, DALLAS County, Texas commit the offense of OBSTRUCTION OR RETALIATION a violation of Section 36.06 of the Texas Penal Code, a 3rd Degree Felony

Affiant's belief is based upon the following facts and information which Affiant received from:

[ ]   Affiants's personal investigation of this alleged offense.

[X]   J. ADAMS    0420, a fellow peace officer of the City of Carrollton, Dallas County, Texas who personally participated in the investigation of this alleged offense, providing this information to Affiant, and whose information affiant believes to be credible.

A message was retrieved at the start of the May 20, 2004 business day by Bobbie Phillips, City of Carrollton Legal Department. The message was time/date stamped as being left on May 19, 2004 at 9:24 p.m. The message was left in the Legal Department of the City of Carrollton, City Hall, located at 1945 East Jackson Road, Carrollton, Dallas County, Texas.

The message was left by a person identifying himself as "Les-the death machine".

The voice on the recording was identified as that of Lester Jon Ruston by Investigator Gary Fernandez. Inv. Fernandez has had conversations with Ruston in the past and knows Ruston's voice. Ruston also had threatened to place a bomb in Fernandez' vehicle in the past.

On the recording, Ruston states "Henry Wade is dead" and "Gary Fernandez-you're a dead mother fucker".

The digital recording was transferred to a 3 1/2" floppy disk titled "Clayton.wav" and placed into evidence.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on the 21 day of May 2004

WHEREFORE, Affiant requests that an arrest warrant be issued for the above accused individual in accordance with the law.

_____
MAGISTRATE IN AND FOR DALLAS COUNTY, TEXAS

INMATE REQUEST TO STAFF MEMBER

RESPONSE

FOI-208L

NAME: RUSTON, Lester    REGISTER NO. 26834-177

This response concerns your letter to The Attorney General, dated July 23, 2005.

You contend:

Staff retaliated against you. You enclosed in this letter, and identified as your evidence, an incident report written July 21, 2005, charging you with threatening another with bodily harm.

You made no specific request.

Our inquiry revealed:

The incident report was based on a letter you placed in the mail, to CBS television.

Therefore, your request has been addressed, but there is no evidence of retaliation.

_____    8/19/05
Robert E. McFadden, Warden    Date