UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESTER JON RUSTON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-0782 (RMU)) |
| | ) |
| **BARBARA RIGGS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully notifies the Court and Plaintiff, *Pro Se*, of the withdrawal of Defendant's motion for extension of time, filed on May 22, 2006, and reflected in docket entry number seven (7). Given that Plaintiff had not properly served Defendant, the motion appears to have been unnecessary.

                                                        Respectfully submitted,

                                                        KENNETH L. WAINSTEIN
                                                        UNITED STATES ATTORNEY
                                                        D.C. BAR NUMBER 451-058

By:                     /s/
                                  OLIVER W. MCDANIEL, D.C. Bar No. 377-360
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 616-0739

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of June, 2006, I caused the foregoing Notice of Withdrawal of Motion for Extension, to be served on Plaintiff , *Pro se*, by first-class mail, postage prepaid, addressed as follows:

LESTER JON RUSTON
R 26834-177
MEDICAL CENTER FOR FEDERAL PRISONERS
P.O. Box 4000
Springfield, MO 65801

/s/
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739