UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

LESTER JON RUSTON                          )
                                           )
                Plaintiff,                 )
                                           )
        v.                                 )        Civil Action No. 06-0782 (RMU))
                                           )
BARBARA RIGGS,[1]                          )
                                           )
                Defendant.                 )
                                           )
_____)

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

The Defendant in the above-captioned case hereby respectfully moves, pursuant to Rule 6(b)

of the Federal Rules of Civil Procedure, for an enlargement of time within which to respond to the

Complaint in this action, from July 10, 2006, up to and including July 25, 2006. This response may

be in the form of a dispositive motion. Counsel for the Defendant has not conferred with Plaintiff,

*Pro se*, about this non-dispositive motion, because he is currently incarcerated.[2]

This enlargement of time is sought because, based upon his current personal schedule, and

his litigation schedule, Counsel for the Defendant will be unable to complete a response to the

Complaint by July 10, 2006. Counsel for the Defendant discovered that Plaintiff has numerous cases

_____

[1] Ms. Riggs serves as Deputy Director of the U.S. Secret Service, in the U.S. Department of Homeland Security. See Compl. at ¶ 5.

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing **counsel**." It does not command "counsel" to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this Office to attempt to discuss such motions with non-prisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any **non-prisoner** *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

pending in federal courts in this district, in Texas and in Missouri.  In order to evaluate properly what

defenses are available to Defendant (Plaintiff seeks to advance a suit against Defendant Riggs both

in her official and individual capacities), Counsel for the Defendant needs this additional requested

time in order review these cases and to further assess available defenses.  Moreover, Counsel for the

Defendant has just recently received representation authority from the U.S. Department of Justice

for Ms. Riggs[3] and needs time to confirm the representation.  Further, Counsel for the Defendant

needs additional time to obtain critical information from agency counsel.

WHEREFORE, Defendant submit that this motion for an enlargement of time within which

to respond to the Complaint in this action up to and including July 25, 2006, should be granted.

Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN,  D.C. BAR # 451058
United States Attorney


_____/s/_____
RUDOLPH C. CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 616-0739

---

[3] Defendant maintains that she has not properly been served as to a suit in her individual capacity.

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of June, 2006, I caused the foregoing Motion for

Enlargement, Memorandum in Support Thereof and proposed order, to be served on Plaintiff , *Pro*

*se*, by first-class mail, postage prepaid, addressed as follows:


LESTER JON RUSTON
R 26834-177
MEDICAL CENTER FOR FEDERAL PRISONERS
P.O. Box 4000
Springfield, MO 65801


_____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739
