UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESTER JON RUSTON** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BARBARA RIGGS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-0782 (RMU)) |

**ORDER**

Upon consideration of Defendant's Motion for an Enlargement of Time Within Which to Respond to Plaintiff's Complaint, Memorandum of Points and Authorities in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including July 25, 2006, to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____ , 2006.

 

_____
Ricardo M. Urbina
United States District Judge

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Lester Jon Ruston
R26834-177
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801