IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 03 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LESTER JON RUSTON, § | |
| Plaintiff, § | |
| vs. § | Civil Action No. 06-0782 (RMU) |
| BARBARA S. RIGGS, § | |
| Defendant, § | |

SUPPLEMENTATION TO MOTION TO COMPEL TITLE 18 U.S.C. § 3771

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion to Compel Pursuant to Title 18 U.S.C. § 3771 (Supplementation), and would move the Court for relief as follows:

I.

Plaintiff has filed for a preliminary injunction in this matter. The Defendant has conspired, on record, with multiple individuals to victimize the Plaintiff, which has been ongoing since George W. Bush was nominated for President by the Republican Party in 2000. Allegations of acts of crime, under the U.S. Codes Annotated, include, but are not limited to: Title 18 U.S.C. §'s 2, 3, 4, 241, 242, 1113, 1201, 1621, 1622, 1623, 1961, 1962, 2340 and possibly 2388. Pursuant to Title 18 U.S.C. § 3771 (a)(1)(2), the Plaintiff has rights, which the Defendant has conspired to violate with multiple acts of fraud, abuse of process, deceit, misrepresentation, as alleged herein. She has specifically conspired with Tom Schneider of the U.S. Marshal's Service to tender false documents to the Federal Court, in alleged criminal violation of 18 U.S.C. § 1623. She "ordered" Armando Fernandez to aid and abett Schneider in this "fraud" and "ordered" Fernandez to aid and abett the Carrollton Texas Police Department in obstructing justice in the attempted murder and stalking of the Plaintiff. Plaintiff includes Exhibit "B" attached, which are the handwritten notes of Schneider, which list allegations of a "hit-man", which is an African-American male, ex-Marine, last known address 4804 Haverwood Lane #826, Dallas, Texas 75287 as of May of 2004. The Defendant has conspired to suppress all records of this alleged "hit-man", including all 9-11 calls to the Dallas Police Department placed from the

Haverly Place Apartments in May of 2004, the 9-11 call responded to by Officer Newburn of the Carrollton Texas Police Department on or about May 18, 2004 at the Chevron Gas Station at the corner of Keller Springs and Marsh Lane, placed by the Plaintiff and witnessed by the Chevron staff, all N.C.I.C. records of this person and all radio and communications of the Carrollton Police Department which link them to this person, particularly Gary Fernandez. District Judge Mary Miller of the 194th District Court in Dallas County has also conspired with the Defendant and her "staff" to suppress this evidence, resulting in an Emergency Motion to Recuse Miller.

II.

Defendant has now allegedly conspired to "tamper" with Dallas Attorney Mick Mickelsen, "forced" on the Plaintiff by Magistrate Judge Paul Stickney of the Northern District of Texas. "Motive" is Stickney's conspiracy with the Defendant and Elmore in U.S. v. Ruston, 3:01-CR-178-X dismissed September of 2001 and Plaintiff's status as a confidential informant and investigator for the U.S. Senate Judiciary Committee against former Federal Judge Joe Kendall, who presided over this attempted "railroad" by Elmore. Further, the Defendant is suppressing all records of Elmore's seperation from the Central Intelligence Agency, which is "Brady" material and impeachment evidence, as are the records of alleged "hit-man". Mickelsen also refuses to provide these records. Attached Exhibit "B" (3 pages) were obtained by the Plaintiff very "competently" while the Assistant United States Attorney Rick Calvert violates 28 U.S.C. § 530(B) on a daily basis, aided and abetted by the Defendant.

III.

All allegations of this complaint indicate the violation of clearly established federal law and federal authority. The Defendant and her co-conspirators appear facially to be in a conspiracy to commit Insurrection or Rebellion, in alleged criminal violation of 18 U.S.C. § 2383. Plaintiff has filed a complaint to General Counsel for the Central Intelligence Agency and a Freedom of Information Act Request for all of Elmore's documents of employment and seperation from the C.I.A., which is "Brady" material court ordered in September of 2004, yet **never provided by "forced" court appointed counsel or the government.** Plaintiff's right to this material is

clearly specified by 18 U.S.C. §§ 3771 and 3521 and Rule 16 Fed.R.Crim.P., and was "court ordered", yet ingored, due to the willful acts of fraud by the Defendant, and her co-conspirators.

Wherefore, premises considered, Plaintiff does supplement his Motion to Compel Pursuant to Title 18 U.S.C. § 3771, and does respectfully request that this Honorable Court take judicial notice of such, and "order" all relief accorded the Plaintiff, pursuant to 18 U.S.C. §§ 3771 and 3521 instanter.

                                        Respectfully Submitted,

                                        Lester Jon Ruston #26834-177
                                        P.O. Box 9000
                                        Seagoville, Texas 75159

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 3rd day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant at the address listed below, pursuant to the Fed.R.Civ.P. Rule 5.

                                        Les J. Ruston

Barbara S. Riggs
Deputy Director
950 H Street N.W. Suite 8300
Washington, D.C. 20223



U.S. Department of Justice

United States Marshals Service

*Office of General Counsel*

---

Washington, DC 20530-1000

January 10, 2006

Lester Jon Ruston
Reg. No. 26834-177
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801-4000

      **Re: Freedom of Information/Privacy Act Request No. 2005USMS8783**
      **Subject: Self**

Dear Mr. Ruston:

      The United States Marshals Service is responding to your request for certain records in this agency's files pertaining to you.

      Pursuant to your request, [X] the Marshals Service conducted a search of its files and located documents which are responsive, or [] the Marshals Service received documents referred from another agency for disclosure determination and direct response to you. The paragraphs checked below apply:

[X] Documents are being released to you; however, certain documents or portions of documents are being withheld pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and/or the Privacy Act, 5 U.S.C. § 552a. Please refer to the list on page 2 of this letter for a description of information being withheld and the basis for withholding.

[X] Our search located document(s) which originated with or contain(s) information which originated with (an)other component(s) of the Department of Justice or with (an)other government agency(ies).

      [ ] Information contained in Marshals Service records which originated with (an)other agency(ies) and a copy of your request have been referred to the originator(s) for consultation in accordance with 28 C.F.R. § 16.4 and/or § 16.42. The Marshals Service will correspond with you again upon completion of this consultation.

      [X] Records which originated with an(other) agency(ies) and a copy of your request have been referred to that agency for disclosure determination and direct response to you in

Start 6:15
Conclude 7:30

ON PROBATION - *[redacted]*   EX-PARTE RUSTON W00-16497-A
DISTRICT COURT 194 SUPPRESSED

threatened *[redacted]* by phone, don't remember having done it, I was drunk @ the time. I'd never go near him, only to testify against him.

**DETECTIVE GARY FERNADEZ IS A CRIMINAL, ALL HIS COMMUNICATIONS RECORDS SUPPRESSED**

1996 went to Wich. Falls psych. hosp., was eval, said he was determined to be sane

**DEFENDANT HAS ALL THESE RECORDS FROM WICHITA FALLS, KNOWS IT WAS FRAUD AND A CRIME, ORDERED JEFF ELMORE TO COVER IT UP ON ORDERS OF BUSH**

Thinks black, Marine is the hit man.

**4804 HAVERWOOD LANE #826, DALLAS, TEXAS 75287 SUPPRESSED BY DEFENDANT**

Thinks there's been 7 people putting hit men on him
- Geo Bush (via Elmore)
- Sisters Boyfriend
- *[redacted]* (judge) — Henry Wade Jr
- Charles Sandoval → (judge) — Chas. Sandoval
- Det Plano

**RICK ROLLAND**
**LISTED SUSPECT IN ATTEMPTED MURDER**
**CHARLES SANDOVAL**
**KEITH GRISHAM-PLANO POLICE**
**CINDY BENNETT-PLANO POLICE**
**SEE U.S. V. RUSTON 3:01-CR-178-X DISMISSED**

Plano

I'm Scottish, English don't like me

NICK SILVA    Det. █████ - Dallas PD - the hit man was reported to this guy

CHARLES SANDOVAL
1212 GREENPARK
PLANO, TX 75075

★ Thanks recent block marine hit an sent out by Wade, (Sandoval) FERNANDEZ

I've been on meds, can't take them, they're poison.

Selexa — anti-depressant
Haldol

**FOUND HIDDEN CAMERA IN ANCHOR MOTEL ROOM 154 JUNE OF 2002
MANAGER BLAMED DALLAS SHERIFF/NBC TELEVISION**

Stayed @ Anchor on HH until Conan told him there was a camera behind the mirror

Royal Inn —
Deluxe Inn — Royal + H.H.
No one has come by in last wk when I've stayed @ Royal Inn

Calls that I make:
Fox 4 news (█████) - 214 720 4444
Channel 8                  -
Navy personnel -    **RECRUITING FOR NAVY IN SUPPORT OF WAR**
Law Enf. -          **18 U.S.C. § 2388**

**ALL RECORDS OBSTRUCTED BY AUSA RICK CALVERT, 28 U.S.C. 530(B) VIOLATIONS**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, §
    Plaintiff, §
vs. § Civil Action No. 06-0782 RMU
BARBARA S. RIGGS, §
    Defendant, §

RECEIVED
JUL 0 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SUPPLEMENTATION TO REQUEST FOR RELIEF 18 U.S.C. § 3771

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Supplementation for Relief, pursuant to 18 U.S.C. § 3771, and would show this Honorable Court as follows:

I.

The Defendant stands accused on the willful denial of all statutory rights accorded the Plaintiff, pursuant to 18 U.S.C. §§ 3771 and 3521. The Defendant further stands accused on multiple Federal crimes which has victimized the Plaintiff since 1998, aided and abetted by the United States Secret Service. In support of these allegations, and request for a Temporary Restraining Order and Relief pursuant to 18 U.S.C. § 3771 and 3521, the Plaintiff encloses Exhibit "C" attached, eight (8) pages, which clearly show an ongoing "conspiracy" by the Defendant and her agency to obstruct justice in Plaintiff's investigations and filings for relief. Defendant stands accused of "witness tampering", which will continue if this Honorable Court does not grant a Temporary Injunction. "Former" Federal Public Defender Richard David Goldman did openly conspire with the Defendant, which is "public record", and and conspired to cover up his alleged crime with the Defendant and her staff, clear and compelling violations of their statutory duties under 18 U.S.C. § 3056, from which Plaintiff seeks relief. Magistrate Judges in Dallas, Texas have aided and abetted allegations of the R.I.C.O. Racketeering act, 18 U.S.C. §§ 1961 and 1962, most notably Paul Stickney and Irma Carillo Ramirez, whom continue to "force" court appointed counsel on the Plaintiff and "tamper" with said counsel to commit legal and medical malpractice, modus operadi of the Defendant.

II.

Plaintiff's statutory rights under 18 U.S.C. §§ 3771 and 3521 are clear and indisputable, yet the Defendant has conspired with multiple State and Federal officials to deny Plaintiff his rights to said "protection" and information of criminals that continue to victimize Plaintiff.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, would move this Honorable Court to supplement his filings with this additional information and Exhibits, and to Grant this relief, pursuant to 18 U.S.C. §§ 3771 and 3521, and to Grant Petition for a Temporary Injunction.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 5th day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant, pursuant to Rule 5 Fed.R.Civ.P. Plaintiff cannot conference with counsel for the Defendant as this issue has not been ruled on and Plaintiff is illegally incarcerated, due to the allegations of "fact" contained herein.

Les J. Ruston

a.k.a. "The Bruce"

-2-

June 28, 2006

Dallas Police Department
Attn. Nancy Rippey
Assistant Chief of Police
1400 S. Lamar Street
Dallas, Texas 75202

Dear Ms. Rippey,

I enclose this sworn affidavit for your review and investigation. I have many copies, however, I will not tell you whom else has copies, in the interest of an acutal investigation being conducted.

I provide this intelligence out of respect for the officers that protected me at the Sun Suites Motel in the 14000 block of Merit in Dallas when that idiot, Elmore, arrested me on a perjured affidavit, a case I beat.

Those officers said they wanted to go after Elmore. Well, heres your chance. Not only is the Secret Service dealing drugs in your jurisdiction, this filthy wetback whore Ramirez is helping them from her Magistrate Bench.

Her crimes carry the death penalty, Nancy. I suggest you arrest her immediately, on Organized Crime charges. Mary Miller is in a lot of trouble. I am good at "playing possum", Nancy.

Now, I am tired to being ignored. Lots of press are interested in Dallas, Texas right now. Out of respect for you and those officers that have backed me up I am giving you a chance to be a hero, because you have proven yourself to me already. I have a great deal of love and respect for you. Don't blow it.

I have more "work" for your Robbery Division, just as I promised. I keep my promises, Nancy, because I am a Promise Keeper. I can close a ton of unsolved robberies for you.

Help me, first. I have support in D.C., so I suggest you comply. You certainly don't have to, just remember, this affidavit is copied to others and they know you have it!!!!

Don't mess with the Penguin Man!!!!! Don't mess with the United States Navy while our soldiers are dying!!! Give this story to Fox 4 News if you want, I'm trying to make peace with them.

Sincerely and Respectfully Yours,


Les J. Ruston #26834-177
a.k.a. "The Bruce"
P.O. Box 9000
Seagoville, Texas 75159


"temp" address

AFFIDAVIT OF LESTER JON RUSTON
IN SUPPORT OF ORGANIZED CRIME

My name is Lester Jon Ruston. Affiant is over the age of 18 and is "competent" to make the following declaration, under oath of law. Affiant is a skilled and highly trained private investigator, and has worked as a "contractor" for the Department of Defense, Treasury Department and General Services Administration investigating corrupt Government "officials", Affiant's area of expertise.

Affiant has been investigating Organized Crime in North Texas for the past ten years, and has worked as a Confidential Informant for multiple Congressional and Senatorial Officials in the State of Texas and Washington, D.C., most notably the U.S. Senate Judiciary Committee.

Affiant has been investigating the United States Secret Service for Organized Crime, in violation of the Texas Penal Code, and 18 U.S.C. §§ 1961 and 1962, most notably a Special Agent Jeffrey Don Elmore. Elmore was employed out of college by the C.I.A., and was allegedly dismissed for corruption and embezzlment, his "modus operandi". In retaliation, Elmore has committed multiple criminal acts against the Affiant, most notably Perjury and Subornation of Perjury, which is "public record" in Ruston v. Riggs, 06-0782 RMU D.C. District Court and Ruston v. United States, 3:06-CV-236-L.

Elmore is suspected of stalking and attempting to murder the Affiant along with the Carrollton and Plano Police Departments, to cover up an organized crime ring operating within these agencies.

A United States Magistrate Judge, Irma Carillo Ramirez, who was a former Federal Public Defender, has aided and abetted organized crime, most notably narcotics trafficking in Carrollton, Plano and Dallas, Texas, and a conspiracy to defraud the Internal Revenue Service.

Ramirez has aided and abetted United States Secret Service Agents J. Williams and Erin Erdman in the distribution of narcotics from 6933 Kennison Road, Dallas, Texas 75227 along with a known narcotics dealer, Terry Lynn McWilliams. McWilliams is operating a drug operation out of this facility, aided and abetted by Ramirez and the Secret Service, and failing to report all said proceedings from the Internal Revenue Service. Further, McWilliams is operating a "trap" house for narcotics sales at 7213 Hadley Street, Dallas, Texas with Brenda McCoy, whom is selling illegal narcotics through hispanic teens in the area, and providing all illegal profits to McWilliams, who is being "protected" by the United States Secret Service and Irma Carillo Ramirez. McWilliams is using his nephew, John Bryan Hutchison, in furtherance of this drug operation, along with former Dallas Police Officer Henry "Hank" Stiller. Affiant references Tag #129349 Dallas Police Property Room and Report #173960R. Affiant references Ramirez criminal involvement in her signature affixed on Criminal Complaint 3:06-MJ-102.

-1-

Further, Ramirez did conspire with Bill Hill and Henry Wade, Jr. to attempt to murder the Affiant in the Dallas County Jail in the Spring of 2003, and have attempted to cover it up with malicious prosecutions, on record in District Court 194, currently before the State Commission on Judicial Conduct and the Honorable Ricardo Urbina in Washington, D.C., sitting on Affiant's three civil actions before his Honorable Court.

Ramirez has conspired with the Carrollton, Texas Police Department to steal Affiant's property, deal illegal narcotics out of 2031 Greenwood, Carrollton, Texas 75006 with Allison E. Smith, assist Smith in filing dozens of false police reports, easily substantiated by the telephone records of 972-242-2999, and file false income tax returns using a software program on her personal computer, in violation of 26 U.S.C. § 7201 and 7212. Smith, Ramirez and Gary Fernandez have conspired with David Hamilton to stalk and attempt to murder the Affiant, in retaliation for Affiant's Informant work for the Internal Revenue Service on Hamilton, d.b.a. Jack Boles Services, which is "public record" in Ruston v. Jack Boles Services, Precinct One, Place One, Dallas County, Texas as witnessed by the Honorable Albert B. Cercone.

District Judge Mary Miller has aided and abett this Organized Crime ring by using District Court 194 as a tool of Organized Crime. She further conspired to have Affiant assaulted, repeatedly, in the Dallas County Jail from May 24, 2004 to October 15, 2004. She then, did conspire with "forced" counsel to fail to consult with Affiant one single time for the past two years, in violation of 18 U.S.C. §§ 241, 242 and 2340, to aid and abett all allegations of Organized Crime contained herein, and to obstruct Affiant's recruiting for the United States Navy during a war, in alleged violation of 18 U.S.C. § 2388, as reported to the Central Intelligence Agency and House Select Committee on Intelligence.

Affiant has filed to recuse Miller and filed a Mandamus and Prohibition action to the Fifth District Court of Appeals, to prevent any further use of her Court or use her Court as a tool of Organized Crime.

Affiant has filed a civil action against Greg Abbott, Attorney General of Texas, for aiding and abetting all of these allegations of "fact", as they have been repeatedly reported to his office, the latest report by Certified Mail #7000-1670-0004-8773-4558, and Affiant references Ruston v. Abbott, A-06-CV-230-LY Western District of Texas, Austin Division Federal Court.

All allegations of "fact" contained herein are true and correct to the best of Affiant's knowledge, and State of Texas and Federal records, sworn to under penalty of law with Affiant's signature affixed, pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Dated 6-28-06                                             _____ Lester Jon Ruston
                                                                            Declarant

# Federal Public Defender
525 Griffin Street Suite 629
Dallas, TX 75202
Phone 214-767-2746
Fax 214-767-2886

August 7, 2005

Edward Iturralde
Assistant Discipline Counsel
The Florida Bar
651 E. Jefferson Street
Tallahassee, FL 32399-5033

Re: Lester Jon Ruston: TFB File No. 2006-00, 057(2A)

Dear Mr. Iturralde:

    I am responding to the letter from the Florida Bar dated July 28, 2005, regarding Lester Jon Ruston. Mr. Ruston is accused of threatening to assault and murder United States Magistrate Judge Irma Ramirez. Herein is my response:

    Mr. Ruston is both incompetent to stand trial and legally insane with respect to these charges. A forensic evaluation conducted by Dr. Maureen Burris contains these conclusions. On May 5, 2005, after a competency hearing, Chief District Judge A. Joe Fish committed the defendant to a facility to determine whether the defendant will regain the capacity to proceed in this matter.

    Enclosed is a copy of another forensic evaluation from August 16, 2001 where Mr. Ruston was found to be legally insane. This evaluation was conducted in the context of another case where Mr. Ruston had threatened to kill United States Secret Service Agent Jeff Elmore. Another attorney in our office represented Mr. Ruston in connection with that case.

    I have enclosed both of the forensic evaluations as well as discovery for this pending case. I specifically request that both of these evaluations and the discovery be sealed so as not to publicly reveal their contents. Also enclosed is a copy of the pending indictment. Mr. Ruston has been previously provided with a copy of the indictment, the discovery, and the current forensic evaluation, however I have forwarded additional copies to him.

    Please feel free to contact me if you have any questions regarding my representation of Mr. Ruston.

Sincerely,

Richard D. Goldman
Assistant Federal Public Defender

# United States District Court
## Northern District of Texas

Karen Mitchell
Clerk of Court

1100 Commerce, Room 1452
Dallas, Texas 75242

PAUL STICKNEY COMMITTED SUBORNATION January 20, 2006
OF PERJURY WITH ELMORE

SEE U.S. V. RUSTON, 3:01-CR-178-X DISMISSED

Mick Mickelsen
Broden & Mickelsen
1707 Hibernia
Dallas, TX 75204

SUBJECT:  USA vs. LESTER JON RUSTON
          3:04-CR-191-G

Dear Mick:

You have been appointed by United States Magistrate Judge Paul D. Stickney to represent the above-named defendant.

This appointment continues through any appeal unless you are relieved by specific court order for good cause shown.

Enclosed is your CJA Appointment Voucher with instructions. The CJA appointment vouchers, worksheets, and instructions are available on our web site at http://www.txnd.uscourts.gov/forms/cja.html. If you need copies mailed to you, please contact me at (214) 753-2168. Attached to this letter is the Notice to Court Appointed Counsel of Public Disclosure of Attorney Fee Information as well as the court's Privacy Notice. Vouchers should be submitted to the United States District Clerk's Office no later than 45 days after final disposition of the case, unless good cause is shown.

Sincerely,
KAREN MITCHELL

*Gladys R. Janssen*
Gladys R. Janssen
Deputy Clerk

Enclosures

FALSE DOCUMENT GENERATED BY FORCED COUNSEL MICK MICKELSEN
RIGGS AND SECRET SERVICE CAUSED THESE ACTS STARTING IN 2000

## Lester Ruston's Mental Health History

| Date of Exam | Source | Doctor | Diagnosis | Competent | Insane |
|---|---|---|---|---|---|
| February 4, 1999 | Collin Co. Court Mental; Certificate of Medical Examination for Mental Illness (cause no. 99-43-MC) | Allen Harris Collin Co. MHMR Center | Bipolar mood disorder — manic with psychotic features; is likely to cause harm to others and suffer abnormal mental distress that will continue to deteriorate | No information  *Failed to include Dr. Mitchell Weir P.H.D. disagreed "clear as a bell" no mental illness* | No info |
| March 15, 1999 | Wichita Falls State Hospital records | William Bass, Wichita Falls State Hospital | Alcohol Abuse; "no definite signs of mental illness;" "When he came to us he didn't demonstrate any of this and has been a puzzle why he's actually here." | Yes. No mental illness | No mental illness |
| Jan. 9-23, 2001 | Terrell State Hospital | [no record]; from Burris' report (p.6) – Jim Lloyd | [no record]; from Burris' report (p.6) – Bipolar I Disorder with psychotic features | [no record]; from Burris' report (p.6) – D was treated over a period of 2 weeks in which he improved through medication regimen; was released when no longer posed danger | [no record] *Caused by Elmore/Sandoval Hamilton Title 18 U.S.C. 1961/242* |
| August 16, 2001 | 3:01-CR-178; BOP report | Jim Womack, staff psychologist at FMC Fort Worth | Delusional Disorder, Persecutory Type with Grandiose feature (p. 25) | No. "It is believed the defendant has the ability to cooperatively engage with his attorney about his defense options; however, this ability is seen as contingent on counsel avoiding the expression of any incredulousness about the defendant's claims of the illegality of the complainant's actions against the defendant." (p. 22) "Were the legal process | Yes. "At the time of the alleged offense, the defendant did suffer from a mental disease or defect which render him unable to |

FRAUD CAUSED BY ELMORE TO AID AND ABETT ORGANIZED CRIME

RIGGS ORDERED D.C. STAFF TO COVER UP F.O.I.A. REQUEST TO OBSTRUCT JUSTICE

| | | | | | to be prolonged for the defendant, he may begin to experience further significant disorganization in his logical thought processes due to how he might explain the delay to himself. That is, he may incorporate his attorney or the presiding judge into his delusional process. Should his attorney find his client to be significantly uncooperative regarding his openness to consider legal options, and/or beginning to express heightened suspicions regarding the attorney, another review of his competency should be undertaken." (p. 26) | appreciate the nature, quality, or wrongfulness of his behavior." (p. 22) |
|---|---|---|---|---|---|---|
| 2002 | Hearing Transcripts no. F00-16497 October 7, 2004 | Michael Ray Pittman | | Delusional Disorder (maybe Schizophrenia) (p.10) | No information | No information |
| Feb.11-April 8, 2003 | Vernon State Hospital, | [no record] | | [no record]; from Wolfson report (p.10) – bipolar and personality disorder | [no record]; from Wolfson report (p.10) – yes, and able to restore to competency | [no record] |
| June 2004 [not referenced by Wolfson] | Hearing Transcripts no. F00-16497 October 7, 2004 | Michael Ray Pittman | | Paranoid Schizophrenia (p. 11) | No. Danger to himself and others (p. 18) | Not testified |
| August 19, 2004 [not referenced by Wolfson] | Hearing Transcripts no. F00-16497 October 7, 2004 | Lisa K. Clayton | | Schizoaffective disorder (p. 29) | No. If left untreated likely to cause harm to self or others (p. 29) | Not testified *HEARING ILLEGAL / NO 6TH AMENDMENT RECUSAL* |
| [not referenced by Wolfson | Hearing Transcripts no. F00-16497 October 7, 2004 | Jury | | | No. | |

## RIGGS AND STAFF COMMITTING WITNESS TAMPERING TO OBSTRUCT JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Committed by court on 10/07004 for a period not to exceed 12 months | North Texas State Hospital [not referenced by Wolfson] | [no record] | [no record] | [no record] | [no record] |
| March 14, 2005 | BOP Forensic Evaluation filed under seal | Maureen Burris, BOP | Delusional Disorder | No. "Over all, Mr. Ruston demonstrated an adequate ability to understand the nature and consequences of the court proceedings against him, but an impaired ability to properly assist counsel in his defense." (p.9) "It is likely Mr. Ruston would have a significant difficulty working with any attorney who handled the case in a manner with which he disagreed." (p.10) | Yes. "Although he clearly understands that threatening a judge is illegal, his reported understanding and subsequent behavior suggested he was not aware of the nature, quality, and wrongfulness of his actions during the instant offense." (p.12) |
| March 31, 2006 | BOP forensic eval filed April 20, 2006; corrected version filed May 1, 2006 | James Wolfson, staff psychiatrist | Delusional disorder vs. high-functioning schizophrenia | No. "he remains incompetent to stand trial" (p.10) | No information |