IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON, §

    Plaintiff, §

vs. § Civil Action No. 06-0782 RMU

BARBARA S. RIGGS, §

    Defendant, §

## MOTION FOR DEFAULT JUDGMENT

Comes now, Plaintiff, Lester Jon Ruston, pursuant to Rule 55(a)(2), and files this, his Motion for Default Judgment, and would show the Honorable Court as follows:

### I.

This Honorable Court Granted the Defendant an extension of time to answer this complaint, which expired June 23, 2006. The Defendant failed, and continues to fail to answer this complaint. Plaintiff is entitled to Default Judgment, as a matter of law, pursuant to Rule 55(a)(2) and does move this Honorable Court to Grant Default Judgment to the Plaintiff, to include all requests in Discovery and Inspection recently filed, along with all relief requested in this matter.

Wherefore, premises considered, Plaintiff moves this Honorable Court to Grant this Motion, and issue a Default Judgment for Plaintiff, Lester Jon Ruston.

Respectfully Submitted,

_____
Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served upon the clerk of the court on this 10th day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant, pursuant to Rule 5 Fed.R.Civ.P.

_____ Les J. Ruston

Barbara S. Riggs
950 H Street, NW Suite 8300
Washington, D.C. 20223