IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON,                              §

     Plaintiff,                                  §

vs.                                            §    Civil Action No. 06-0782 RMU

BARBARA S. RIGGS,                              §

     Defendant,                                  §

MOTION FOR DISCOVERY AND INSPECTION RULE 34

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Discovery and Inspection, and would move this Honorable Court to order the Defendant to produce the following items to the Plaintiff, pursuant to Rule 34 Fed.R.Civ.P.:

1.    All items in accordance with Rule 26 Fed.R.Civ.P.

2.    All documents requested in F.O.I.A. request #20050373, in particular file #127-671-28984 alluded to in the handwritten notes of U.S. Marshal Tom Schneider taken on or about May 22, 2004.

3.    All arrest records of the Plaintif from January 2001 caused by Jeffrey Don Elmore of the Secret Service.

4.    All C.I.A. employment records of Jeffrey Don Elmore, particularly his seperation from the C.I.A. This is "Brady" material Court ordered on September 1, 2004 in the matter U.S. v. Ruston, 3:04-CR-191-G which has been denied, in violation of 28 U.S.C. § 530(B) by Assistant United States Attorney Rick Calvert.

5.    Secret Service employment files of Douglas Thigpen, in particular all seperation documents from the United States Secret Service.

6.    All employment files of Jeffrey Don Elmore of the United States Secret Service, including any and all records of public integrity investigations by the Secret Service.

7.    All records from Plano Police Sgt. Patrick Mulkern, Criminal Intelligence Unit which consist of 66 pages alluded to in U.S. v. Ruston, 3:01-CR-178-X, dismissed September of 2001.

8.    Copies of all documents of 50 investigations "claimed" by Jeff Elmore in arrest

warrant issued against the Plaintiff May 10th, 2001.

9.    All communications records of Jeff Elmore for January of 2001 and May through September of 2001 and all telephone records of 972-242-2999, Allison E. Smith during these same time frames. Further, all telephone records of Charles Sandoval of 1212 Greenpark, Plano, Texas 75075 during these time frames and all telephone records of David Hamilton, owner of Jack Boles Services during these time frames, including his business records of Jack Boles Services.

10.    All I.R.S.-C.I.D. records of Jack Boles Service and David Hamilton, for criminal investigations.

11.    All N.C.I.C. records of Jeffrey Don Elmore, employed by the Secret Service.

12.    All arrest records in the possession of the Secret Service from the May 2001 arrest of the Plaintiff, including all records of the Dallas Police Department present at 10477 Metric Drive, the Sun Suites Motel, during Plaintiff's arrest by the Secret Service and Jeffrey Don Elmore.

13.    All video taped surveillance from January and May arrests of Plaintiff by Jeffrey Don Elmore of the Secret Service, who claims Plaintiff possessed a hand-held cross bow and attempted to load it and shoot Secret Service Agents with it at these two arrests, on record, in U.S. v. Ruston, 3:04-CR-191-G Northern District of Texas, Dallas Division.

14.    All Secret Service records of Leslie Young, last known address 10927 Desdemona, Dallas, Texas 75228, Plaintiff's ex-business partner during his arrests in 2001 by the Secret Service.

15.    Transcripts of 20 messages "claimed" in paragraph six (6) of Jeffrey Don Elmores arrest warrant signed by Paul Stickney, United States Magistrate Judge in May of 2001.

16.    All N.C.I.C. records of Paul Stickney, United States Magistrate Judge, who appointed Mick Mickelsen to Plaintiff in January of 2006.

17.    All tangible evidence to support paragraph five (5) of Jeff Elmore's May 10th 2001 arrest warrant.

18.    All tangible evidence of paragraph four (4) of Jeff Elmore's May 10th 2001 arrest warrant against the Plaintiff.

Defendant in this litigation has claimed, in writing, that "Inquiry into this matter revealed no negligence or wrongful act or omission of an employee of the Secret Service". Said letter is a Registered letter of October 28, 2005, with regards to a Federal Tort Claim filed to her office.

Wherefore, premises considered, Plaintiff would move this Honorable Court to "order" the production of all items requested, and deny any "objections", as all "discovery" will clearly show negligence and wrongful acts and omissions, and criminal violations of multiple Federal and State of Texas laws. Pursuant to Rules 26 and 34, Plaintiff moves this Honorable Court for an "order" to produce all these items, instanter. Plaintiff is detained, illegally, due to perjury and subornation of perjury by Jeffrey Don Elmore, therefore he cannot "conference" with the Defendant in regard to this matter.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Motion for Discovery and Inspection was served upon the clerk of the court on this 5th day of July, 2006, by regular U.S. Mail with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P.

_____ Les J. Ruston

Barbara S. Riggs
U.S. Secret Service
Office of General Counsel
950 H Street, NW Suite 8300
Washington, D.C. 20223

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
|     Plaintiff, | § | |
| vs. | § | Civil Action No. 06-0782 RMU |
| BARBARA S. RIGGS, | § | |
|     Defendant, | § | |

SUPPLEMENTAL MOTION FOR DISCOVERY AND INSPECTION

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Supplemental Motion for Discovery and Inspection, pursuant to Rule 34 Fed.R.Civ.P., and would show this Honorable Court as follows, and move for Production of the following, instanter:

I.

Plaintiff would request all Grand Jury Transcripts of U.S. v. Ruston, 3:01-CR-178-X, dismissed Northern District of Texas, Dallas Division and U.S. v. Ruston, 3:04-CR-191-G, also Northern District of Texas, Dallas Division, two malicious attempted prosecutions caused by the wrongful acts of the Defendant and her alleged co-conspirators. Lying to a Grand Jury is a criminal violation of 18 U.S.C. § 1623, which is the "modus operandi" of the Defendant, and her "staff", which she has denied.

II.

All documents involving the Plaintiff in District Court 194, Dallas County, Texas, which the Defendant has conspired to suppress to this filing, with her agent, Armando Fernandez, of the Irving, Texas Secret Service office, to obstruct justice as alleged in this complaint.

Wherefore, premises considered, Plaintiff does Supplement his original motion for discovery and inspection, and would move this Honorable Court to "order" the Defendant to produce these additional items, instanter. Plaintiff is detained, illegally, due to the wrongful acts of the Defendant and her co-conspirators, therefore Plaintiff cannot "conference" with Defendant. Plaintiff seeks the assistance of this Honorable Court in obtaining these documents and an "order" to B.O.P. staff to provide the means and tools

-1-

to photocopy said items as evidence for trial in this matter. Plaintiff does move this Court to set said time frame, and requests said time frame to be as soon as possible, due to the denial of all Plaintiff's constitutional rights for the past two years, due to the wanton disregard for the U.S. Constitution by the Defendant and her co-conspirators.

Respectfully Submitted,

Les J. Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 9th day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant at the address listed below, also on the 9th day of July, 2006, pursuant to Rule 5 Fed.R.Civ.P. Plaintiff cannot conference as he is detained, illegally, on fraudulent and perjured charging instruments, due to the wanton acts of fraud by the Defendant.

Lester Jon Ruston

Barbara S. Riggs
Deputy Director
U.S. Secret Service
950 H Street NW Suite 8300
Washington, D.C. 20223