IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, §
    Plaintiff, §
vs. § Civil Action No. 06-0782 (RMU)
BARBARA S. RIGGS, §
    Defendant, §

## OPPOSITION TO MOTION FOR ENLARGMENT OF TIME

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Opposition to Motion for Enlargement of Time, and would show the Honorable Court as follows:

I.

The Defendant was served pursuant to Rule 4(c)(2) in her individual and official capacity. Plaintiff is illegally detained, due to the allegations of "fact" contained herein, and has no control over service, which the Court ordered pursuant to 28 U.S.C. § 1915. Defendant's motion is harassment, to stall this action while Defendant engages in further allegations of "crime", most notably "witness tampering", attempted "battery" on Plaintiff, and impeding and stealing the United States Mail. Further, allegations of "witness tampering" include staff of B.O.P. whom are denying Plaintiff access to legal materials and resources, including typewriter ribbons, certified mail access, to stop theft and impeding of mail, etc. Further, Plaintiff is being denied copies. Plaintiff has filed a Motion for Default Judgment, and reasserts and fully incorporates all allegations of this Motion as if fully set forth below.

**RECEIVED**
JUL 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Motion for Sanctions, pursuant to Rule 11, and does move this Honorable Court to Grant said Motion, and provide said relief instanter.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 20th day of July, 2006, with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P. Plaintiff cannot conference, due to illegal detention, in criminal violation of 18 U.S.C. §§ 241, 242 and 1201.

Les J. Ruston a.k.a. The Bruce

Oliver W. McDaniel-Asst. U.S. Attorney (Misprision of a Felony, 18 U.S.C. § 4)
Judiciary Center Building
555 Fourth St., N.W.
Washington, D.C. 20530