UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, §

    Plaintiff, §

vs. § Civil Action No. 06-0782 (RMU)

BARBARA S. RIGGS, §

    Defendant, §

## EMERGENCY MOTION FOR SANCTIONS

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Sanctions, and would show this Honorable Court as follows:

### 1.

Plaintiff will remind this Court that the Defendant is alleging obstructing recruiting for the military while "claiming" to be Deputy Director of Homeland Security!!! Plaintiff served Defendant a Rule 11 letter on or about May 4, 2006, and duly warned Defendant to cease and desist any harassing or fraudulent actions. Defendant has ignored this letter, and allegedly violated Rule 11 Fed.R.Civ.P. by falsely claiming to have not been "served in her individual capacity" and requesting an enlargement of time, both frivilous filings to harass Plaintiff and stall for time to commit further alleged crimes and acts of fraud in this matter. Plaintiff therefore moves this Honorable Court to issue Sanctions against the Defendant, and "order" Defendant to pay $1,000.00 in damages for her willful violations of Rule 11, $500.00 to be paid to this Court for costs and $500.00 to be donated to the VA Hospital in Dallas, Texas in the name of Dr. George A. Trapp, Plaintiff's "expert witness" helping Veterans of the U.S. Military, with whom Plaintiff volunteers time and is a member of the Commanders Club of the Disabled American Veterans, when he is not being attacked by drug trafficking Secret Service Agents.

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, premises considered, Plaintiff does file these objections to Motion for Enlargement of Time, and does move this Honorable Court to sustain these objections, and deny said Motion. Further, due to the Plaintiff's illegal detention, as a direct result of the allegations against the Defendant, Plaintiff does move this Honorable Court to "order" the staff of the Seagoville Federal Correctional Facility to provide all materials necessary to litigate, including typewriter ribbons, access to a copier, and certified mail, return receipt requested, as Plaintiff is indigent, due to the fraud alleged against the Defendant.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

### CERTIFICATE OF SERVICE

A true and correct "carbon" copy of this document was served upon the clerk of the court, on this 20th day of July, 2006, by regular U.S. Mail, with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P. Plaintiff cannot conference, due to his illegal incarceration, in criminal violation of 18 U.S.C. §§ 241 and 242, and cannot provide original typed copies, due to the failure of staff to provide ribbons, and "snitches" stealing ribbons (see Ryno v. Fish, 3:06-CV-1076-B N.D. Tex. Dallas Division, authored by Plaintiff).

Les J. Ruston a.k.a. The Bruce

Oliver W. McDaniel-Assistant U.S. Attorney (Misprision of a felony 18 U.S.C. § 4)
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530