UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESTER JON RUSTON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0782 (RMU)) |
| | ) |
| **BARBARA RIGGS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### ORDER

Upon consideration of Defendant's motion to dismiss, the memorandum in support thereof, any opposition thereto, and the entire record of this case, it is hereby

ORDERED that the Defendant's motion is GRANTED, and it is

FURTHER ORDERED that this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2006.

Copies to:

Oliver W. McDaniel
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

Lester Jon Ruston
R26834-177
MEDICAL CENTER FOR FEDERAL PRISIONERS
P.O. Box 4000
Springfield, Missouri 65801-4000