# EXHIBIT 2

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2001
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| LESTER JON RUSTON | § | |
| Plantiff | § § | Cause No. |
| vs. | § § § | |
| GEORGE W. BUSH   Defendants | § | 3 0 1 - C V 1 8 1 8 - H |
| UNITED STATES SECRET SERVICE | § | |
| DAVID HAMILTON dba JACK BOLES SERVICES | § | |
| PLANO INDEPENDENT SCHOOL DISTRICT | § | |
| PLANO POLICE DEPARTMENT | § | |

    Comes Now, Plantiff, and files this, his Cause of Action and claim for damages, pursuant to the Federal Rules of Civil Procedure and would show the Honorable Judge of Said Court the following to wit:

I.

    That on or about January 8, 2001, the Defendant's, did knowingly, willfully and purposefully engage in an organized criminal conspiracy to violate Federal Title 18, Section 241 of the United States Code by violating the Plantiff's civil rights. George W. Bush and the United States Secret Service are Federal Governmental entities which may be served with process at 1600 Pennsylvania Ave., Washington, D.C. 20500. David Hamilton is the owner of Jack Boles Services which may be served with process at 100 Crescent Ct. #220, Dallas, Texas 75201. The Plano Independent School District is a political subdivision of the State of Texas which may be served with process at 2700 W. 15th St., Plano Texas 75075. The Plano Police Department is a division of the City of Plano which may be served with process at 909 E. 14th St., Plano, Texas 75074.

II.

    Plantiff is an indigent inmate incarcerated at the Seagoville Federal Facility at P.O. Box 9000, Seagoville, Texas 75159-9000 whose inmate number is #26834-177, having been ruled and declared indigent by Federal Magistrate Paul Stickney on or about May 11, 2001.

Facts

    On or about January 8, 2001, Plantiff was contacted by Special Agent Jeffrey Don Elmore of the United States Secret Service, by telephone, and asked to immediately meet with Elmore concerning "voice mails left to Special Agent Douglas Thigpen". Plantiff agreed to meet Elmore at the offices of the District Attorney of Dallas County on the 11th Floor of the Frank Crowley criminal courts building on this same day, as Elmore had requested.

    Elmore vehemently refused, stating "he didn't trust them", upon which Plantiff hung up on Elmore. Within one hour of this phone conversation, Elmore and an unknown Secret Service Agent, along with two Dallas County Constables, did arrest Plantiff,

without a warrant. Plantiff was taken to Parkland Hospital and shot full of drugs which were unprescribed for him. Justification for said arrest was a false allegation by David Hamilton, Plantiff's former employer, that Plantiff had allegedley "threatened" employee's of the Mansion on Turtle Creek with a hand held cross-bow. Said event never occured.

Plantiff is litigant against Hamilton in Precinct One, Place One, Dallas County Court and State and Federal Witness against Hamilton for alleged crimes. Additionally, Hamilton is a party to Cause 380-786-98 in Collin County as a witness for Plano ISD.

Upon investigation by Plantiff, Jeffrey Don Elmore, acting in concert with Plano Police Sgt. Patrick Mulkern, did fraudulantly accuse Plantiff of "terroristic threat" against George W. Bush through the Plano Independent School District, whom Plantiff is currently involved in civil litigation against. Plantiff is also investigating Plano Police and Plano ISD for violations of State and Federal Law.

Plantiff was taken from Parkland Hospital, without any court proceedings, to the Terrell State Hospital, on fraudulant paperwork provided by Jeffrey Don Elmore, accusing Plantiff of not taking medication for mental illness and not abiding by aftercare treatment ordered by The State of Texas. No such prescriptions or aftercare treatment existed.

Motive for Defendant's are multiple investiations involving Plantiff to which he had provided criminal allegations of wrongdoing against Defendants to the F.B.I. Texas Rangers, Dallas Police Department, Comptroller of Public Accounts Office-State of Texas, Attorney General's Office-State of Texas/United States of America, Internal Revenue Service, Texas Education Agency and the United States Department of Education. All complaints filed by Plantiff are a matter of State and Federal record.

Plano ISD Board of Trustees President, Mary Beth King, has engaged in a criminal conspiracy to destroy the athletic career of Plantiff's son and violate Plantiff's civil rights repeatedly over a three year period. Additionally, Mary Beth King has Obstructed Justice repeatedly in civil cause 380-786-98 and Plantiff's investigations of Plano ISD for harassment, stalking and conspiracy to mis-appropriate taxpayers funds. Plano ISD has also committed two manslaughter deaths which Plantiff has investigated.

Plantif was held for two weeks in Terrell, in criminal violation of Title 18, Section 241 of the U.S. Code. Upon release from Terrell, Plantif approached officials of the Dallas County District Attorney's Office whom reported to Plantiff that this action was "illegal". Plantiff then reported crimes, in person, to the F.B.I. at their downtown Dallas headquarters.

Arrest without warrant is only justified if a law enforcement officer personally witnesses a crime occur. Plantiff's arrest was on the false and "heresay" accusations of individuals with a criminal motive for wishing to harass and discredit Plantiff. The Plano Police have been attempting to Obstruct Justice for Plano ISD for three years against Plantiff by repeatedly filing fraudulant instruments with the Collin County District Attorney. Plantiff has filed for a Federal Injunction to prevent said violations of

Plantiff's civil rights. David Hamilton has openly conspired with Plano ISD and their lawfirm, Abernathy, Roeder, Boyd and Joplin in McKinney, Texas, appearing twice with J. Timothy Brightman in District Court 380 on or about December 21, 1998 and January 8, 1999, on record in Civil Cause 380-786-98. Hamilton then denied such activity in Ruston v. Jack Boles Services in Precinct 1, Place 1, before the Honorable Albert B. Cercone, on record.

George W. Bush and the United States Secret Service have been harassing and following Plantiff for a period of one and one-half years, to cover up Bush's Obstruction of Plantiff's investigations into corruption in Collin County while Bush was Governor, and due to Plantiff's volunteer work for Al Gore and the Democratic Party.

Additionally, Plantiff is investigating the Bush families conspiracies with organized criminal entities and corrupt Government Officials. Plantiff is a skilled and trained Private Investigator. Plantiff additionally has two years experience training law enforcement agencies in fives States, including Texas, including the Plano Police.

Prayer and Request for Relief

Plantiff does pray that the Honorable Judge of Said Court will issue injunctive relief immediately, pending a trial in this cause, due to the continued stalking and harassment of Plantiff. Plantiff does also pray for protection from the United States Marshall's Service and to be placed in a "safe house" under the Federal Witness Protection Program.

Plantiff seeks $100,000.00 in actual damages, due to lost income, pain and suffering due to being forced into taking medication not prescribed, and the loss of Plantiff's job in January of 2001.

Plantiffs seeks $100,000,000.00 in punitive damages to loss of income from the potential baseball career of Plantiff's son which was destroyed by the Defendant's in their criminal harassment of Plantiff. This includes all endorsement opportunities for Plantiff and his son. Plantiff was legal guardian and raised his son alone for his entire career in Plano ISD, up until their criminal conspiracy against Plantiff.

Plantiff requests the court "order" the F.B.I. to investigate the multiple violations of Title 18, Section 241 of the United States Code and the multiple criminal conspiracies to Obstruct Justice against Plantiff.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159-9000

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served upon the Clerk of the court on the 14th day of September, 2001, by regular U.S. Mail.

_____ Lester Jon Ruston

Affidavit

My name is Lester Jon Ruston, S.S.# 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. I am the Plantiff in the above numbered and styled cause. All allegations in this Cause are true and correct to the best of my knowledge, and a matter of State and Federal records.

I file this Cause pursuant to U.S.C. Title 28, Section 1915, in that I am unable to pay the costs associated with the filing of this cause, due to the fact that I am an indigent inmate.

I have been granted indigent status by Federal Magistrate Judge Paul Stickney on or about May 11, 2001, and again by Federal Judge Jerry Buckmeyer on or about August 24, 2001.

I am the Defendant in Cause No. 3:01-CR-178-X and all of the facts and allegations made in this cause of action are a matter of court record in this cause before the Honorable Judge Joe Kendall. This cause is a direct result of my filing complaints to the F.B.I. against Jeffrey Don Elmore of the United States Secret Service.

To Obstruct Justice in this complaint, Elmore has filed a fraudulant instrument with Paul Stickney, Federal Magistrate, committed Felony Aggravated Perjury before Paul Stickney on or about May 11, 2001 and lied to a Federal Grand Jury to Obstruct Justice regarding the facts contained in this Cause of Action.

Further affiant sayeth not:

_____
Lester Jon Ruston-Plantiff