# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARBARA RIGGS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0782 (RMU)) |

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in the above-captioned matter and that, on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendant Barbara Riggs[1] was acting within the scope of her employment as an employee of the United States at the time of the events alleged in the Complaint.

7/21/06
DATE

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
Chief, Civil Division

---

[1] Ms. Riggs serves as Deputy Director of the U.S. Secret Service, in the U.S. Department of Homeland Security. See Compl. at ¶ 5.