UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,
v.
BARBARA S. RIGGS,

\*
\*   CIVIL ACTION NO. 06-0782 RMU
\*

AFFIDAVIT IN SUPPORT OF OPPOSITION AND MOTION(S) TO COMPEL

My name is Lester Jon Ruston. Affiant is over the age of 18 and is "competent" to make the following declaration, under oath of law.

Defendant, Barbara S. Riggs, stands accused of federal crimes in this matter, which entitles plaintiff to relief, pursuant to 18 U.S.C. Sections 3771 and 3521. Riggs has now conspired, upon information and belief, to violate 18 U.S.C. Section(s) 1512 and 1513, in "retaliation" for this civil action, and others, and due to certified complaint # 7005-3110-0004-2402-5536 to the office of the U.S. Attorney in Plano, Texas. Said affidavit of "R.I.C.O. Racketeering" was copied to the Dallas Bureau of the F.B.I. and the House Judiciary Committee, by and through the office of the Honorable John Conyers, D-Michigan.

On or about August 2, 2006, Warden Dan Joslin <u>ordered</u> plaintiff to be placed into administrative segregation, in violation of the 8th Amendment and CFR 541.22.

On or about August 9, 2006, Warden Dan Joslin placed inmate Clayton Bryant Caves, in cell # 105 with affiant. Affiant was harassed <u>and</u> threatened by Caves, who is an insane career criminal, tied to a hate group "gang".

On or about Monday August 13th, 2006, affiant moved to cell #109, due to his suspicion Caves is a "snitch" for Rick Calvert, AUSA, who is named in multiple complaints, for violations of 28 U.S.C. Section 530(B). Caves became insanely hostile, in front of staff, whom he also has threatened with bodily harm, for which he is in "the hole" at this filing.

On or about Tuesday, August 14th, 2006, affiant met with his "expert witness", Dr. George A. Trapp, and expressed his concerns over the actions of the <u>defendant</u> and B.O.P. staff, which is in his handwritten notes. Affiant was questioned about inmate Caves alleged "insanity" by Trapp.

-1-

On or about August 15, 2006, inmate Caves met with unknown federal officials, whose names are record in visitation at Seagoville F.C.I. Upon affiant's information and belief, individuals were Rick Calvert or "agents" of Rick Calvert, who is prosecuting Clayton Caves for bank robbery and numerous other crimes.

Following said visit, Caves began to threaten affiant. On or about August 16, 2006, Clayton Caves did threaten to assault and murder affiant, to prevent affiant from "testifying". Said threats were witnessed by staff, resulting in Caves being written "shots" for threats of bodily harm.

Staff of Seagoville F.C.I. are directly responsible for this action. The defendant, Barbara S. Riggs, has allegedly now violated 18 U.S.C. Sections 1512 and 1513 with Rick Calvert, A. Joe Fish, Irma Carillo Ramirez and Warden Dan Joslin.

Affiant has "briefed" Senator Edward M. Kennedy's office, due to the civil rights violations alleged against Dallas and Sherman, Texas federal judges. Senator Kennedy sits on Senate Judiciary Committee, which is why affiant has written to his office. Affiant does not personally know the Senator, nor has affiant ever "met" the Senator, as falsely claimed by the defendant's "alleged" co-conspirators, Dallas County District Attorney's office (see Ruston v. Dallas County, et al 06-07095 District Court 95, Dallas County, Texas).

Affiant has "briefed" the U.S. Senate Judiciary Committee, by and through the offices of Orrin Hatch, Diane Feinstein, Ted Kennedy and Patrick Leahy, due to alleged judicial misconduct and civil rights violations all caused by the defendant and her "staff", none of which are specified in 18 U.S.C. Section 3056, as falsely claimed in this civil matter.

Inmate Clayton Caves made direct reference to affiants "writings to Washington D.C.", while threatening to "smash your skull in" and "knock out all of your teeth" and "stick my finger up your ass", following his

-2-

AUGUST 15, 2006 "MEETING" WITH FEDERAL AUTHORITIES. AFFIANT MAKES THIS "FACT" PUBLIC RECORD, SO AFFIANT CAN SHOW "SELF-DEFENSE" SHOULD THIS INSANE PERSON CARRY OUT THESE THREATS, DUE TO THE GROSS NEGLIGENCE AND FRAUD OF THE DEFENDANT, AND HER CO-CONSPIRATORS.

AFFIANT REQUESTS, PURSUANT TO 18 U.S.C. SECTION 3771, THAT ALL INVESTIGATIVE RECORDS OF THESE ALLEGATIONS BE PROVIDED TO AFFIANT AND HIS COUNSEL, AND THAT ALL COMMUNICATIONS RECORDS OF DEFENDANT BARBARA S. RIGGS AND HER CO-CONSPIRATORS, RICK CALVERT, IRMA RAMIREZ AND A. JOE FISH BE IMMEDIATELY SUBPOENAED AND EXAMINED BY THIS HONORABLE COURT.

ALL ALLEGATIONS OF "FACT" CONTAINED HEREIN ARE TRUE AND CORRECT, AND A MATTER OF STATE AND FEDERAL RECORDS, SWORN TO UNDER PENALTY OF LAW, WITH AFFIANT'S SIGNATURE AFFIXED, PURSUANT TO 28 U.S.C. SECTION 1746 AND 18 U.S.C. SECTION 1621. FURTHER, AFFIANT SAYETH NAUGHT.

DATED 8-17-06

_____    LESTER JON RUSTON
DECLARANT

CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING AFFIDAVIT WAS PROVIDED TO THE CLERK OF THE COURT ON THE 22ND DAY OF AUGUST, 2006, BY REGULAR U.S. MAIL. NO SERVICE TO DEFENDANT, DUE TO CRIMINAL ALLEGATIONS.

_____
LES J. RUSTON

BP-S308.052   **ADMINISTRATIVE DETENTION ORDER**   CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

---

UNIT J-A   *Exhibit "A" Affidavit*            FCI SEAGOVILLE, TEXAS
           *06-0782 RMU*                      Institution

                                              Date/Time: AUGUST 2, 2006 / 6:00 PM

TO:     Special Housing Unit Officer

FROM:   RICK SALMON, LIEUTENANT _____, (Name/Title)

SUBJECT: Placement of RUSTON, LESTER, Reg. No. 26834-177, in Administrative Detention

              _____ (a) Is pending a hearing for a violation of Bureau regulations;
              XXX     (b) Is pending investigation of a violation of Bureau regulations;
              _____ (c) Is pending investigation or trial for a criminal act;
              _____ (d) Is to be admitted to Administrative Detention

        _____ (1) Since the inmate has requested admission for protection;

        I hereby request placement in Administrative Detention for my own protection.

              Inmate Signature/Register No.:_____

              Staff Witness Printed Name Signature:_____

        _____ 2)  Since a serious threat exists to individual's safety as perceived by staff,
                    although person has not requested admission; referral of the necessary information
                    will be forwarded to the UDC/DHO for appropriate hearing.

        _____ (e) Is pending transfer or is in holdover status during transfer.
        _____ (f) Is pending classification; or PSYCHOLOGY EVALUATION
        _____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative
Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued
presence in the general population poses a serious threat to life, property, self, staff, other
inmates, or to the security or orderly running of the institution because*

YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION PENDING INVESTIGATION THREATENING.  THIS TYPE OF
BEHAVIOR THREATENS THE SECURE AND ORDERLY OPERATION OF THIS INSTITUTION.

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The
inmate received a copy of this Order on (date/time) AUGUST 2, 2006 / 6:00 PM

Staff Witness Signature/Printed Name R. SALMON, LIEUTENANT _____ Date 08-02-2006

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will
make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy -
Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy -
Central File

*"Fraud"*