UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON, )
   PLAINTIFF, )
v. )  CIVIL ACTION NO. 06-0782 (RMU)
BARBARA RIGGS, )
   DEFENDANT, )
 )

RECEIVED
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFFS TRAVERSE TO DEFENDANT'S REPLY MEMORANDUM

The Plaintiff, files this, his Traverse to Defendant's Reply Memorandum, and would show this Honorable Court as follows:

### I.

Plaintiff has <u>NEVER</u> been provided a Court "order" granting the extension requested. PACER Docket No. 13. Plaintiff duly opposed this motion on or about July 20, 2006, which Defendants <u>FAILED</u> to address.

On, or about September 7, 2005, Defendant was <u>SERVED</u> a notice of an ongoing conspiracy to violate the 1st, 4th, 5th, 6th, 8th and 14th Amendment rights of the Plaintiff.

Pursuant to 28 U.S.C. Section 1343, Defendant failed, and <u>continues</u> to fail to prevent or to aid these Constitutional deprivations. On, or about October 28, 2005, Defendant conspired to aid and abett said Constitutional deprivations, as clearly stated in this complaint.

She has <u>OPENLY</u> conspired with the State of Texas, by and through the District Attorney of Dallas County, Carrollton, Texas <u>and</u> Plano, Texas Police Departments and Plano Independent School District.

Defendant's actions have demonstrated "causation", as she has repeatedly violated civil <u>and</u> constitutional rights, and did clearly cite <u>Bivens v. Six Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388 (1971)</u>.

Defendant <u>FAILED</u> to address the "fact" that she openly admitted to her continued failures to prevent or to aid Constitutional deprivations, a further insult to this Honorable Court.

Plaintiff clearly asserted her "conduct" that she "personally engaged" in, which is to aid and abett, deny and obstruct justice, justifying injunctive relief.

Defendant's attorneys have "misconstrued" Defendant's crimes, and

-1-

SHOULD BE SANCTIONED, AS REQUESTED. "DISCOVERY" AND THE SUPPRESSED FREEDOM OF INFORMATION DOCUMENTS WILL CLEARLY SHOW CIVIL AND CONSTITUTIONAL DEPRIVATIONS.

EXHIBIT "A" ATTACHED IS PROOF THAT DEFENDANT HAS OBSTRUCTED EVIDENCE OF CIVIL AND CONSTITUTIONAL DEPRIVATIONS, WHICH SHE DENIED. LYERLY HAS FAILED TO RESPOND TO THIS FILING, AND THE DEFENDANT HAS FAILED TO RESPOND TO TWO APPEALS OF THIS F.O.I.A. MATTER. THESE RECORDS ARE "BRADY" MATERIAL, AND VIOLATING PLAINTIFF'S 5TH AND 14TH AMENDMENT DUE PROCESS RIGHTS.

DEFENDANT VIOLATES CIVIL AND CONSTITUTIONAL RIGHTS AS A MATTER OF "POLICY" NOT SPECIFIED IN 18 U.S.C. SECTION 3056, WAIVING ANY CLAIM OF "IMMUNITY". SHE HAS DIRECTLY PARTICIPATED IN CIVIL AND CONSTITUTIONAL RIGHTS VIOLATIONS, AND ADMITTED TO A COVER-UP, IN WRITING, BY CERTIFIED MAIL! DEFENDANT FAILED TO ADDRESS THIS "FACT".

DEFENDANT HAS CONSPIRED WITH "ALLEGED" R.I.C.O. RACKETEERING CRIMINALS, AND VIOLATED PLAINTIFF'S 1ST, 5TH AND 14TH AMENDMENT RIGHTS, BY PLACING PLAINTIFF IN ADMINSTRATIVE DETENTION, BY FRAUD. EXHIBIT "B" ATTACHED SHOWS THAT SEAGOVILLE F.C.I. HAS NOW "CHANGED" THEIR "EXCUSE", FOR THIS ACTION, WHICH IS CLEARLY "RETALIATION", UNDER 18 U.S.C. SECTION 1513, SEE HEWITT V. HELMS, 459 U.S. 460 (1983).

PLAINTIFF'S 5TH AND 14TH AMENDMENT RIGHTS HAVE BEEN VIOLATED, AS HE HAS BEEN DENIED ACCESS TO LAW LIBRARY, SUPPLIES, WITNESSES AND SUPPORT. PLAINTIFF MADE NO "THREATS", AS FALSELY STATED. UPON INFORMATION AND BELIEF, ACTION IS RETALIATION FOR INVESTIGATION OF THIS MATTER AND U.S. V. BOYD, 4:05-CR-77 E.D. TEXAS, SHERMAN DIVISION AND RUSTON V. SANDOVAL, 4:00-CV-341 E.D. TEXAS, SHERMAN DIVISION. SANDOVAL IS AN ALLEGED CO-CONSPIRATOR OF DEFENDANT, AS CLEARLY ARTICULATED, AND DENIED BY DEFENDANT.

## II.

A "REASONABLE" PERSON SHOULD KNOW, EXTORTION, BLACKMAIL, STALKING, WITNESS

TAMPERING, EMBEZZLEMENT OF TAXPAYERS FUNDS, KIDNAPPING, TORTURE <u>AND</u> ATTEMPTED MURDER ARE NOT SPECIFIED IN 18 U.S.C. SECTION 3056. NEITHER ARE PERJURY AND SUBORNATION OF PERJURY, OR MISPRISION OF A FELONY. KIDNAPPING VIOLATES THE 4TH AMENDMENT <u>AND</u> 18 U.S.C. SECTION 1201, AS CLEARLY PRESENTED TO THIS COURT.

<u>III</u>.

"DISCOVERY" MOTIONS WILL SUBSTANTIATE R.I.C.O. CLAIMS, AND LIST AT LEAST FIFTY (50) VICTIMS. UPON INFORMATION <u>AND</u> BELIEF, JEFFREY DON ELMORE WAS DISMISSED FROM THE C.I.A. FOR EMBEZZLING, ONLY TO CONTINUE HIS "CRAFT" WITH THE LAWFIRMS OF ABERNATHY, ROEDER, BOYD + JOPLIN OF MCKINNEY, ROBERT JACOB DAVIS OF DALLAS AND LARRY K. HERCULES OF PLANO (SEE <u>RUSTON V.</u> "MORMONS", 2:06-CV-526-DB UTAH DISTRICT COURT).

"DISCOVERY" RECORDS WILL SUBSTANTIATE THESE ALLEGATIONS, THE COURT'S DUTY UNDER 28 U.S.C. SECTIONS 453 AND 1361. DEFENDANTS ALSO FAIL TO ADDRESS FRAUD COMMITTED IN <u>RUSTON V. UNITED STATES</u>, 3:06-CV-238-L, ANOTHER INSULT TO THIS COURT AND THE HONORABLE COLLEEN KOLLAR-KOTELLY, A FINE AND CARING JURIST.

DEFENDANT IS "ALLEGED" TO HAVE TAMPERED WITH MULTIPLE WITNESSES, ONGOING TO THIS FILING, JUSTIFYING BOTH SANCTIONS <u>AND</u> INJUNCTIVE RELIEF. "HUNDREDS OF VICTIMS" ARE "PUBLIC RECORD" IN <u>EVERY</u> PETITION FILED IN COLLIN COUNTY BY ABERNATHY, ROEDER, BOYD + JOPLIN, OF MCKINNEY, TEXAS. PLAINTIFF WILL FILE FOR "PRODUCTION" OF THESE RECORDS, IF IT PLEASE THE COURT. THE "INJURIES" SUFFERED ARE 4TH, 5TH, 6TH, 8TH <u>AND 14TH AMENDMENT RIGHTS, SAME</u> AS SUFFERED BY PLAINTIFF.

PLAINTIFF COULD <u>NOT</u> RAISE CLAIMS AGAINST DEFENDANT, UNTIL THE DEFENDANT <u>CLAIMED</u> TO HAVE "INVESTIGATED", THEN FAILED TO PROVIDE AID OR PREVENT THESE CONTINUED CONSTITUTIONAL DEPRIVATIONS, WHICH DID <u>NOT</u> OCCUR UNTIL OCTOBER 28, 2005. SAID "ACT" OCCURRED IN THE D.C. DISTRICT.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF DOES FILE THIS TRAVERSE TO DEFENDANT'S "REPLY MEMORANDUM", WITH EXHIBITS "A" AND "B" ATTACHED, AND DOES MOVE THIS HONORABLE COURT TO GRANT DEFAULT JUDGMENT FOR PLAINTIFF, AND TO ISSUE SANCTIONS AGAINST DEFENDANT.

RESPECTFULLY SUBMITTED,

*[signature]*

LESTER JON RUSTON #26834-177
P.O. BOX 9000
SEAGOVILLE, TEXAS 75159

### CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 3RD DAY OF SEPTEMBER, 2006. PLAINTIFF REFUSES TO PROVIDE SERVICE TO DEFENDANT, DUE TO LIMITED ACCESS TO STAMPS, DUE TO ACT OF FRAUD BY DEFENDANT AND WARDEN DAN JOSLIN, AND DUE TO DEFENDANT'S CONTINUED REFUSAL TO ACKNOWLEDGE PLAINTIFF'S CORRECT ADDRESS FOR THE PAST 90 DAYS (DIRECTOR OF HOMELAND SECURITY?!)

*[signature]*
LES J. RUSTON

-4-



**DEPARTMENT OF HOMELAND SECURITY**
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

Lester Jon Ruston
#26834-177
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

NOV 1 - 2005

File Number: 20050373

*FAILED TO PROVIDE*
*FAILED TO ADDRESS 2 APPEALS*

Dear Requester:

Reference is made to your recent correspondence concerning the status of your Freedom of Information/Privacy Acts request under the captioned file number.

Due to the increasing number of Freedom of Information and Privacy Acts requests received by this office, we may encounter some delay in processing your request. However, we will process your request as expeditiously as possible. Requests are processed in chronological order based on the date we were in receipt of a perfected request.

*LIAR*  Please be assured that your request is being handled as equitably as possible. Upon completion of the search and processing, all documents that can be released will be made available to you at the earliest possible date. Your continued patience is appreciated.

Please continue to use the file number indicated above in all future correspondence with this office.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

BP-S308.052    **ADMINISTRATIVE DETENTION ORDER**    CDFRM
MAY 94
U.S. DEPARTMENT OF JUSTICE                           FEDERAL BUREAU OF PRISONS

UNIT J-A                                       FCI SEAGOVILLE, TEXAS
                                                      Institution

Date/Time: __AUGUST 2, 2006 / 6:00 PM__

TO:    Special Housing Unit Officer

FROM:   __RICK SALMON, LIEUTENANT_____, (Name/Title)

SUBJECT: Placement of RUSTON, LESTER, Reg. No. __26834-177__, in Administrative Detention

    _____ (a) Is pending a hearing for a violation of Bureau regulations;
    __XXX_____ (b) Is pending investigation of a violation of Bureau regulations;
    _____ (c) Is pending investigation or trial for a criminal act;
    _____ (d) Is to be admitted to Administrative Detention

                 _____(1) Since the inmate has requested admission for protection;

     I hereby request placement in Administrative Detention for my own protection.

        Inmate Signature/Register No.:_____

        Staff Witness Printed Name Signature:_____

     _____ 2)    Since a serious threat exists to individual's safety as perceived by staff,
                   although person has not requested admission; referral of the necessary information
                   will be  forwarded to the UDC/DHO for appropriate hearing.

_____ (e) Is pending transfer or is in holdover status during transfer.
_____ (f) Is pending classification; or PSYCHOLOGY EVALUATION
____(g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*

[FMUP =]
__YOU ARE BEING PLACED IN ADMINISTRATIVE DETENTION PENDING INVESTIGATION THREATENING.  THIS TYPE OF BEHAVIOR THREATENS THE SECURE AND ORDERLY OPERATION OF THIS INSTITUTION.__

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on (date/time) __AUGUST 2, 2006 / 6:00 PM__

Staff Witness Signature/Printed Name__R. SALMON, LIEUTENANT_____ Date_08-02-2006__

*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy - Central File

---

CHANGED "STORY" TO COVER UP FRAUD IN THIS CIVIL
ACTION AND U.S. V. BOYD 4:05-CR-77 AND
RUSTON V. SANDOVAL, 4:00-CV-341 E.D. TEX. SHERMAN DIV.

"RETALIATION" 18 U.S.C. SECTION 1513
"CONSPIRACY" 18 U.S.C. SECTION(S) 241 AND 242
1ST, 5TH AND 14TH AMENDMENTS