IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                )
         PLAINTIFF,               )
                                  )
VS.                               )    CIVIL ACTION NO. 06-0782 RMU
                                  )
BARBARA S. RIGGS,                 )
         DEFENDANT                )

**MOTION FOR SANCTIONS**

RECEIVED
DEC 0 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

COMES NOW, PLAINTIFF, LESTER JON RUSTON, AND FILES THIS, HIS MOTION FOR ADDITIONAL SANCTIONS, AND WOULD SHOW THE COURT AS FOLLOWS:

I.

PLAINTIFF HAS SERVED THE DEFENDANT WITH A RULE 11 LETTER, ALONG WITH COUNSEL FOR THE DEFENDANT, REQUESTING, INTER ALIA, THAT SHE CEASE AND DESIST "WITNESS TAMPERING" OR ANY FURTHER ACTS OF "FRAUD", I.E. RETALIATION AGAINST A CIVIL WITNESS, 18 U.S.C. SECTION 1513.

THE DEFENDANT HAS ENGAGED IN FURTHER ACTS OF "WITNESS TAMPERING", UPON INFORMATION AND BELIEF, WHICH OCCURRED ON "PUBLIC RECORD" IN U.S. V. RUSTON, 3:04-CR-191-G ON OCTOBER 12, 2006, IN FURTHERANCE OF SUBORNATION OF PERJURY AND PERJURY WITH JEFFREY DON ELMORE, KIDNAPPING AND TORTURE WITH ELMORE, ON MULTIPLE OCCASIONS, AND R.I.C.O. RACKETEERING IN NORTH TEXAS, AS ALLEGED IN THIS ACTION AND RUSTON V. DALLAS COUNTY, ET AL., 3:06-CV-1582-M N.D. TEX., DALLAS DIVISION.

FOLLOWING AN ACT OF FRAUD WITH AUSA RICK CALVERT AND "FORCED" COURT APPOINTED COUNSEL MICK MICKELSEN, PLAINTIFF HAS BEEN TRANSFERRED BACK TO SPRINGFIELD, MISSOURI FEDERAL MEDICAL CENTER. PLAINTIFF HAS BEEN PLACED IN ADMINISTRATIVE DETENTION, TO IMPEDE HIS ACCESS TO THE COURT, IN VIOLATION OF 28 CFR 541.22 AND IS BEING DENIED HIS PROPERTY, WHICH INCLUDES HIS LEGAL

-1-

WORK, MOTIVE IS TO COVER UP SUBORNATION OF PERJURY AND PERJURY BY JEFFREY DON ELMORE, WHICH IS "PUBLIC RECORD" IN RUSTON V. DALLAS COUNTY, ET AL 3:06-CV-1582-M N.D. TEXAS, DALLAS DIVISION.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF, LESTER JON RUSTON, DOES FILE THIS MOTION FOR ADDITIONAL SANCTIONS, AND WOULD MOVE THIS HONORABLE COURT TO ISSUE THE HARSHEST SANCTIONS AVAILABLE, FOR ALL REASONS ALLEGED HEREIN.

RESPECTFULLY SUBMITTED,

LESTER JON RUSTON # 26834-177
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801

CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 28TH DAY OF NOVEMBER, 2006, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED. PLAINTIFF CANNOT CONFERENCE NOR SERVE DEFENDANT, DUE TO VIOLATION OF CFR 541.22.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                )
         PLAINTIFF,               )
VS.                               )   CIVIL ACTION NO. 06-0782 RMU
BARBARA S. RIGGS,                 )
         DEFENDANT,               )

## MOTION TO COMPEL

COMES NOW, PLAINTIFF, LESTER JON RUSTON, AND FILES THIS MOTION TO COMPEL, AND WOULD MOVE THE COURT TO COMPEL THE FOLLOWINGS:

### I.

PLAINTIFF DULY FILED A MOTION FOR DISCOVERY, ON OR ABOUT JULY 5, 2006, WITH ONE SUPPLEMENTATION ON JULY 9, 2006, SUPPORTED BY A SWORN AFFIDAVIT. PURSUANT TO RULE 34, PLAINTIFF WOULD MOVE THIS HONORABLE COURT TO ORDER THE DEFENDANT TO PROVIDE ALL DISCOVERY, WHICH SHE HAS FAILED TO DO, WHICH WILL SHOW BOTH CAUSATION, R.I.C.O. RACKETEERING, AND THAT ALL HER DENIALS ARE FRAUDULENT IN THIS MATTER. THIS DIRECTLY RELATES TO THE MATTER RUSTON V. DALLAS COUNTY, ET AL 3:06-CV-1582-M, N.D. TEXAS, DALLAS DIVISION AND A MOTION TO DISQUALIFY MAGISTRATE JUDGE PAUL STICKNEY, PURSUANT TO 28 U.S.C. SECTION 144.

### II.

SAID "DISCOVERY" WILL FURTHER SHOW R.I.C.O. RACKETEERING ACTS BY FEDERAL OFFICIALS IN NORTH TEXAS, IN VIOLATION OF 18 U.S.C. SECTION 3056, WHICH WAS ALLEGEDLY "ORDERED" BY THE DEFENDANT, AND POSSIBLY, GEORGE W. BUSH. PURSUANT TO 28 U.S.C. SECTION 591 AND 592, PLAINTIFF HAS A RIGHT TO THIS "DISCOVERY" TO PRESENT IN SUPPORT OF APPOINTMENT OF SPECIAL COUNSEL TO THE APPROPRIATE AUTHORITIES, AS ALREADY REQUESTED. IT IS A VIOLATION OF 28 U.S.C. SECTION 530(B) FOR DEFENDANT'S COUNSEL TO OBSTRUCT THESE RECORDS.

-1-

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF, LESTER JON RUSTON, DOES FILE THIS MOTION TO COMPEL, AND WOULD MOVE THE COURT TO GRANT THIS MOTION, AND COMPEL, BY ORDER, THE DEFENDANT TO PROVIDE ALL "DISCOVERY" AS REQUESTED VIA RULE 34, IN JULY OF 2006.

RESPECTFULLY SUBMITTED,

*[signature]*

LESTER JON RUSTON #26834-177
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801

## CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 28TH DAY OF NOVEMBER, 2006, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED. PLAINTIFF CANNOT SERVE THE DEFENDANT, DUE TO THE VIOLATION OF CFR 541.22 BY SPRINGFIELD MEDICAL CENTER STAFF. PLAINTIFF REQUESTS ASSISTANCE WITH SERVICE, PURSUANT TO 28 U.S.C. SECTION 1915, AND AN ORDER TO B.O.P. TO DESIST VIOLATING ACCESS TO THE COURTS.

*[signature]*