RECEIVED
DEC 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON, | § |
| Plaintiff, | § |
| vs. | §   Civil Action No. 06-0782 RMU |
| BARBARA S. RIGGS, | § |
| Defendant, | § |

AMENDED MOTION FOR AN ORDER COMPELLING DISCOVERY

Plaintiff moves this court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure compelling Defendant Barbara S. Riggs to provide all "discovery" served upon her on or about July 5, 2006, pursuant to Rule 34 Fed.R.Civ.P., and to deny any objection.

Plaintiff submitted this written request to demonstrate to the court that the Defendant has conspired to engage in R.I.C.O. Racketeering Acts with State of Texas officials acting under color of law.

Upon information and belief, her co-conspirator, Jeffrey Don Elmore is incarcerated in Federal prison, which was willfully suppressed from a Grand Jury, while his perjured testimony has been used to violate the civil and constitutional rights of the Plaintiff for two and one half years. Defendant and her counsel have lied to this Court and repeatedly tendered fraudulent documents to this court, in furtherance of embezzlement of taxpayers funds and "witness tampering".

Plaintiff also moves for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendant to pay Plaintiff the sum of $100.00 as reasonable expenses in obtaining this order, on the ground that the willful suppression of "discovery" had not substantial justification, and is purely in the furtherance of R.I.C.O. Racketeering. Further, Defendant, upon information and belief, has continued to conspire to violate CFR 541.22 with B.O.P. personnel, to impede

Plaintiff's access to the court, and to retaliate with officials to harm the Plaintiff, to cover up perjury and subornation of perjury by Jeffrey Don Elmore, an insane criminal. Plaintiff's rights to all discovery on Elmore is statutory, pursuant to 18 U.S.C. §§ 3771 and 3521, and the Defendant and her counsel have conspired to violate this and multiple other statutory and constitutional rights, while attempting to have Plaintiff harmed while in custody, which is allegedly illegal (see U.S. v. Ruston, 06-11216 5th Cir. and Ruston v. Gonzalez, 06-11009 5th Cir. 2006, both matters the Defendant is attempting to impede). Plaintiff's property and evidence was stolen in November of 2006, including his entire stamp supply.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Amended Motion for an Order to Compel Discovery, and would move this Honorable to Grant this Motion, and to deny any objection by the Defendant.

Respectfully Submitted,

Lester Jon Ruston #26824-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 18th day of December, 2006, by placing such in the inmate mail box with first class postage affixed, One copy was provided to the Defendant at the address listed below.

Les J. Ruston

Oliver W. McDaniel
AUSA (misprision of multiple felonies) 18 U.S.C. § 4
555 Fourth St. N.W.
Washington, D.C. 20530

FROM THE DESK OF THE PRICE

December 17, 2006

United States District Court
Attn Nancy Mayer-Whittington
333 Constitution Ave. N.W.
Washington, D.C. 20001

Dear Nice Nancy,

    I hope this letter finds you well, with a loyal husband who buys lots of good Christmas presents.

    Please docket this filing against that Communist witch, helping terrorists in to D.C.

    Don't worry, I've got your back!


Your Royal Friend,

Les J. Ruston
#26834-177
a.k.a. "The Bruce"
P.O. Box 4000   (temp)
Springfield, Missouri 65801



enc Rule 37(a) filing