UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 06-0782 (RMU) |
| BARBARA S. RIGGS, | § | |
| Defendant, | § | |

PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANT'S MOTION FOR
IMPOSITION OF FILING RESTRICTIONS
MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION OF DEFENDANT

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Opposition to Defendants Motion for Filings Restrictions and Motion for Psychiatric and Psychological Examination of Defendant, Barbara S. Riggs, pursuant to Rule 35 Fed.R.Civ.P., and would show the Honorable Court as follows:

I.

On or about December 18, 2006, the Defendant, by and through counsel which are utilizing taxpayers funds for alleged criminal purposes, filed a fraudulent and libelous document in this matter, despite being warned pursuant to Rule 11 Fed.R.Civ.P. to cease and desist all harassing and fraudulent filings. The Defendants have violated Rule 11 with this latest filing.

II.

Every document filed by the Plaintiff have been warranted by existing law, most notably 18 U.S.C. §§ 1961 and 1962. All arguments of the Plaintiff have been sound and backed up by factual affidavits, sworn under oath of law, which is clear and compelling evidentiary support. Your Plaintiff was ruled to be completely "competent", and proved the Defendant and her insane co-conspirators were engaged in obstruction of justice, "legislating" from various benches and her "office", and from the most corrupt Attorneys to have ever been employed in the history of the United States Federal Government.

III.

Defendants have now described the truth, as "rather convoluted" allegations, while covering up organized crime in North Texas, "ordered" covered up by the Defendant, who is an insane and pathological liar, as proven in the matter U.S. v. Ruston, 3:01-CR-178-X and U.S. v. Ruston, 3:04-CR-191-G. Plaintiff has plead his case with specific detail, and proved it in multiple courts of law, despite the multiple acts of "witness tampering" by the Defendant and United States Secret Service. Defendant, and her staff member, Armando Fernandez, kidnapped the Plaintiff on May 22, 2004, on a perjured arrest affidavit, in criminal violation of 18 U.S.C. §§ 241 and 1201, which she performed twice in January and May of 2001, to aid and abett R.I.C.O. Racketeering by the lawfirm of Abernathy, Roeder, Boyd & Joplin, of McKinney, Texas, by and through Jeffrey Don Elmore and "Director" Pearson of the State of Texas Secret Service, another lying moron. The Supreme Court has upheld all Plaintiff's arguments in <u>Hudson v. McMillan</u>, 503 U.S. 1, 5 (1992). The Defendant doesn't acknowledge the Supreme Court, Federal law, State Law or the U.S. Constitution, as she is too busy dealing drugs in North Texas, while kidnapping and torturing innocent Americans, which is "public record", as cited herein, most certainly not "incoherent allegations", as falsely claimed by Oliver W. McDaniel, a shameless fraud. McDaniel is violating the Rules of Professional Conduct of a licensed attorney in D.C. by suppressing "Giglio" and "Brady" material with regards to Jeffrey Don Elmore, whose perjured testimony is before the Court. Upon information and belief, Elmore is in a Federal prison for crimes he has committed, which was suppressed from a Magistrate Judge by James K. Ellis of the Dallas Bureau of the F.B.I. and former U.S. Attorney Jane J. Boyle, another shameless fraud as witnessed by the Honorable Colleen Kollar-Kotelly in the matter Ruston v. Secret Service, 06-0040. This fraud is "public record" in Ruston v. Secret Service, 3:06-CV-238-L before Sam Lindsay in the N.D. Texas, Dallas Division, after Plaintiff had Boyle recused off this matter, which is "public record" the Defendant and her delusional attorneys suppressed from this Honorable Court.

IV.

Plaintiff filed for "discovery" and completely justified this request by sworn affidavit. Defendant, and her "attorneys" claim "without properly justifying his requests". This is absolute fraud, and an insult to this Honorable Court. The Plaintiff has told this Honorable Court the truth in every single word stated in this matter, and then proven his allegations in courts around this Country. The Defendant has hidden from U.S. Marshal's and hidden behind fraud attorneys, who slander the Plaintiff with the false statement "incoherent allegations", which is complete fraud. All allegations are factual and easily shown via the "discovery". Further, Plaintiff has requested Elmore's records from B.O.P. via the Freedom of Information Act, and will remind the Court that the Defendant refuses to provide Plaintiff his F.O.I.A. request presented to her staff in the summer of 2005, yet denied by her "attorneys", which is most certainly not "baseless", but a "fact" before this Honorable Court. None of Plaintiff's claims are "unfounded", as falsely stated by these alleged "attorneys", who seem to enjoy insulting this Honorable Court while suffering from the delusion that they write Federal law, and not Congress. On page 5 of their frivilous and libelous filing to this Court, they cite <u>Selvy v. HUD</u>, 198 F.R.D. 485, 485-87 (E.D. MI 2000) (indigent and mentally disturbed litigant subject to sanctions). Plaintiff has no mental illness, which was proven in court and is "public record" in Ruston v. United States, 05-3243-CV-S-RED-P Western District of Missouri, Southern Division, Doc. 20, which was suppressed by the U.S. Attorney in Dallas, aided and abetted by Defendant and her Irving, Texas staff, who are filthy drug dealing swine, engaged in organized crime. They should be sanctioned for making this libelous and slanderous statement on public record.

MOTION FOR PSYCHIATRIC AND PSYCHOLOGICAL EXAMINATION OF RIGGS

Pursuant to Rule 35, Plaintiff does move this Honorable Court to "order" that the Defendant be given a psychiatric and psychological examination, due to her continued "delusions" that she writes laws, and that organized crime is part

of 18 U.S.C. § 3056, which was written by Congress, not Barbara S. Riggs. She further thinks that misappropriation of taxpayers funds to corrupt and lying attorneys is not "embezzlement", which is an element of R.I.C.O. Racketeering, which it is, as held by the Supreme Court in <u>Beck v. Prupis</u>, 529 U.S. 494 (2000). While the Plaintiff has been trained in psychology and "torture" techniques by the Department of Defense, the Plaintiff is concerned that the "torture" routine of the Defendant and her ranting and raving "lunatic" attorneys may cause damage to this Honorable Court and staff, subjecting them to "depression" due to having their intelligence insulted by Communists, with no respect for this Court nor the U.S. Constitution, or Federal laws. Plaintiff will remind the Court that CBS Television cast the Plaintiff to drive Senator Kay Baily Hutchison in a vehicle on the Television Show "Walker, Texas Ranger", due to his "training" as a professional bodyguard, driver and private investigator in episode 144. Riggs has ordered this intelligence suppressed to attempt to "manufacture" a mental disease, while dealing drugs with her employees in Irving, Texas, arguably the most corrupt scum bags in the history of the Federal Government. Riggs also suffers from the "delusion" that 18 U.S.C. § 3056 allows her to aid and abett income tax evasion with deranged Methodists from S.M.U. in Dallas, which is "public record" in Ruston v. Dallas County, et al. 3:06-CV-1582-M, another matter in which she is attempting obstruction of justice, to protect her crime family of Irving, Texas, as personally investigated by Plaintiff, who solves crimes, unlike the Defendant and her staff, who allow nutcases to walk up and shoot Presidents in broad daylight in front of camera crews, also personally investigated by Plaintiff in Washington, D.C. Plaintiff has performed "contract" work for the Reagan family during their eight years in the White House, most notably with the Treasury Department, also suppressed in all Defendants deranged rantings and ravings in this matter, while she "hides" from U.S. Marshal's attempting service to her house, as stated on the record. Plaintiff has never "hidden" from the Defendant and her employees.

The Court and Plaintiff have a right to know if the Defendant is mentally ill, for the record, and Plaintiff asserts his belief she is delusional, and believes she supercedes the authority of Congress and the Supreme Court.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, ruled "competent" on September 19, 2006 in U.S. v. Ruston, 3:04-CR-191-G, files this, his Opposition to Defendants Motion for Imposition of Filing Restrictions, and Motion to Conduct a Psychiatric and Psychological Examination of Defendant, and does move the Court to deny Defendants Motion in its entirety, impose sanctions on counsel, and to Grant Motion(s) to Compel and Motion for Psychiatric and Psychological Examination of Barbara S. Riggs for all reasons listed herein.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 26th day of December, 2006, by placing such in the inmate mail box with first class postage affixed, with one copy provided to the Defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P.

Lester Jon Ruston

Oliver W. McDaniel (Misprision of a Felony)
Assistant United States Attorney and Communist
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530

**PENGUIN ENTERPRISES UNLIMITED**
P.O. BOX 4000
SPRINGFIELD, MISSOURI 65801
"We put the media in mediaiton!!!"

December 24, 2006

United States District Court
Attn. Nancy Mayer-Whittington
333 Constitution Ave. N.W.
Washington, D.C. 20001

Dear Nancy,

   I hope you had a good Christmas, with lots of expensive presents from your husband, whom I warned!

   Be careful, Nancy, some Communists have taken over a building down the street, led by this nutcase named McDaniel. I sure hope he is not Scottish! Normally, my boys don't get turned to "the dark side".

   I hope your brilliant staff isn't permanently scarred by having to read McDaniels science fiction stories filed to this court, as I believe he is dipping in to all those drugs Riggs and her Texass Goons are selling.

   Watch out for them! They want to sell drugs to your children, and reward them for dropping out of school to become Mormons!!! For shame, Nancy.

   Fortunately, for all good Americans, Penguin Enterprises Unlimited is very available to protect the Honor and Dignity of the U.S. Constitution, and those brilliant Washington, D.C. Judges, unlike these drug dealing Texass Tards, whom have infiltrated the Federal Government with Russian Spies, and filthy, drug dealing Commies.

   I'm on the case, Nancy, you beautiful babe, so don't worry! We wish to announce that we will soon have a Virginia Office, near Mclean, so we can protect that good Senator Kennedy, and the entire Judiciary Committee, from these evil Mormon F.B.I. Agents, who couldn't find their own bums if we filled them with radium and gave them geiger counters!!!

   Say, that idiot Warden, Dan Joslin, seems to have gotten himself into trouble in Seagoville, for some reason. Perhaps he should have listened to my warnings.

   Well, we are proud that you listen, Nancy. You are the best, and I hope these idiots in Dallas learn from their mistakes, which I have pointed out to the 5th Circuit very competently.

   Do you know any single gals, I'm looking to settle down after I bankrupt the Mormons and F.B.I. in litigation. I prefer Celtic women, who don't mind commuting between Edinburgh and D.C.

   Please beware when reading McDaniels libelous and slanderous rantings and ravings, it could cause brain damage to those with weak minds (not you, Ma'am).

Your Friend,

Les J. Ruston
#26834-177
P.O. Box 4000
Springfield, Missouri 65801
(temp address)

