UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 06-0782 RMU |
| BARBARA S. RIGGS, | § | |
| Defendant, | § | |

OMNIBUS MOTION FOR LEAVE TO FILE FIRST SET OF
INTERROGATORIES TO DEFENDANT
PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT

In accordance with Rule 33 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant Barbara S. Riggs answer the following interrogatories under oath, and that the answers be signed by Barbara S. Riggs and be served upon Plaintiff within 30 days of service of these interrogatories.

If you cannot answer the following interrogatories in full, after exercising due diligence to secure the information to do so, state and answer to the extent possible, specifying your inability to answer the remainder and stating whatever information or knowledge you have concerning the unanswered portion.

These interrogatories shall be deemed continuing, so as to require supplemental answers as new and different information materializes.

1. What is your home address for proper service, which you claim to not have had done in this matter?

2. How long have you been the Deputy Director of the Secret Service and whom placed you in this position?

3. Has George W. Bush ever instructed you to harass the Plaintiff and protect Charles Sandoval, Keith Sockwell V or any other persons in Collin County, Texas?

4. Is Jeffey Don Elmore currently serving time in prison for federal crimes, and if the answer is yes, what are his convictions for?

5. Why did you instruct Armando Fernandez to kidnap the Plaintiff on the perjured testimony of Jeffrey Don Elmore?

6. Have you investigated Elmore's seperation from the C.I.A. prior to hiring him as a Secret Service Agent?

7. Why did Director Pearson of the State of Texas Secret Service question the Plaintiff about Keith Sockwell V, former Deputy Superintendent of Plano I.S.D. in Plano, Texas?

8. Why did you instruct Jeffrey Don Elmore to kidnap the Plaintiff in January of 2001 and lie to employees of the Terrell, Texas State Hospital, falsey stating that Lester Jon Ruston was mentally ill and notoriousy non complaint with medication and treatment, when Ruston was not on any medication or any treatment?

9.  Why did you instruct Douglas Thigpen and Agent Hazelwood to harass Plaintiff Lester Jon Ruston at the Suburban Lodge Motel in the 9300 Block of Forest Lane in Dallas, Texas, and aid and abett the felony theft of all Ruston's property by his brother and sister from 2525 Players Club Drive #312, in Dallas, Texas?

10. Why did you conspire with J. Timothy Brightman to tender multiple fraudulent instruments to District Clerk's in Collin and Dallas County when this violates Article 51.904 of the Texas Government Code, as proved by Ruston in Plano I.S.D. v. Ruston, 380-786-98 in District Court 380, Collin County, Texas?

11. Why did Armando Fernandez aid and abett the attempted murder of Plaintiff Lester Jon Ruston by the "pimp" ex-marine, last known address 4804 Haverwood Lane #826, Dallas, Texas 75287 as of May of 2004 and why have you conspired with Richard Roper to suppress all this evidence in U.S. v. Ruston 3:04-CR-191-G N.D. Texas, Dallas Division?

12. Why are your agents selling drugs out of multiple houses in Dallas and Carrollton, Texas and not reporting the income on their federal income tax returns, most notably Armando Fernandez and Erin Erdman?

13. Why did you conspire to commit stalking and income tax evasion with David Hamilton, owner of Jack Boles Services in Dallas, then conspire with Hamilton to kidnap and torture Plaintiff Lester Jon Ruston in "retaliation" in January and May of 2001, then deny such in your letter, sent by certified mail?

14. Do you use illegal drugs, prescription medication or are you under any mental health services or care right now??

15. Have any agents of the F.B.I. questioned you with regards to Plaintiff Lester Jon Ruston since May of 2004, and if so, who, when and why, and how was the communication initiated?

16. Has anyone from the office of the Attorney General in Washington, D.C. contacted you with regards to Plaintiff Lester Jon Ruston since May of 2004, and if so who, when, why and how were the communications effected?

17. Why are you engaged in R.I.C.O. Racketeering with the lawfirm of Abernathy, Roeder, Boyd and Joplin of McKinney, Texas when this violates 18 U.S.C. §§ 1961-1962?

18. Why have you conspired with KDFW Fox 4 News of Dallas, Texas to violate Plaintiff's 8th Amendment protection against excessive bail in District Court 292 in Dallas, County, then denied it to this Honorable Court and Plaintiff, in writing?

19. When did you start suffering from the "delusions" that you wrote 18 U.S.C. § 3056 and superceded the authority of Congress and the United States Supreme Court?

20. Why have you conspired to tamper with Judge Mary Miller of the District Court 194 in Dallas, County, Texas with employee Armando Fernandez, to violate Plaintiff's 1st, 4th, 5th, 6th, 8th and 14th Amendment rights under the U.S. Constitution?

21. Why have you conspired with Armando Fernandez to "tamper" with "forced" attorneys Bradley Lollar, Mick Mickelsen and Richard David Goldman to violate all Plaintiff's 4th, 5th, 6th, 8th and 14th Amendment rights?
22. Why did you conspire to suppress medical records from Maureen Buriss a Dr. of Psychiatry employed by B.O.P. in Los Angeles, and tamper with her?
23. Why have you conspired with inmate Clayton Bryant Caves to threaten to murder Plaintiff Lester Jon Ruston, when this violates 18 U.S.C. §§ 1113 and 1513 since he filed this action against you?
24. Why have you conspired to commit perjury with Allison Smith and Bill Hill, when this violates 18 U.S.C. § 1622, falsely stating Plaintiff Lester Jon Ruston stalked Allison Smith on May 28, 2004, when his car was stolen and he was in jail, which is in the handwritten notes of F.B.I. AGent James K. Ellis?
25. Why are you hiding from the U.S. Marshal's and using taxpayers funds to pay attorneys to file fraudulent documents to the Federal Court, when this violates 18 U.S.C. §§ 1623 and 287?

Wherefore, premises considered, Plaintiff, Lester Jon Ruston does file these interrogatories to the Court, and does move the Court for leave to serve them on Defendant, and to order Defendant to answer them, under oath, and provide them to Plaintiff within 30 days of the Court's "order".

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy was provided to the court on this 27th day of December, 2006 with one copy provided to the Defendant, pursuant to Rule 5 Fed.R.Civ.P.

_____ Les J. Ruston

OLIVER W. MCDANIEL
AUSA
555 FOURTH ST., N.W.
WASHINGTON, D.C. 20530