UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LESTER JON RUSTON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | Civil Action No. 06-0782 (RMU) |
| **v.** ) | |
| ) | |
| **BARBARA RIGGS,** ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S COMBINED OPPOSITION TO PLAINTIFF'S
AMENDED MOTION FOR AN ORDER COMPELLING DISCOVERY
AND OMNIBUS MOTION FOR LEAVE TO FILE INTERROGATORIES**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully opposes Plaintiff's Amended Motion for an Order Compelling Discovery and his Omnibus Motion for Leave to File First Set of Interrogatories to Defendant. In opposition to the motions, Defendant states the following:

1. On July 25, 2006, Defendant filed an Omnibus Opposition to Plaintiff's Motions for Preliminary Injunction, to Compel, for Default Judgment, for Discovery and Emergency Motion for Sanctions. (Pacer Dkt. No. 20.) In that Opposition, the Defendant then stated "[b]ecause Plaintiff's claims are frivolous and should be dismissed, his motion for discovery, as well, should be denied." Defendant's Omnibus Opposition at page 22, n. 8. In Plaintiff's Amended Motion, he merely repeats the same claims (racketeering, witness tampering, subornation of perjury, embezzlement, conspiracy to impede Defendant's access to the courts, etc.) contained in his prior pleadings and motions. See Amended Motion at 1-2. Accordingly, Defendant opposes Plaintiff's amended motion on the same

grounds contained in her Motion to Dismiss and Omnibus Opposition filed on July 25, 2006, docket numbers 19 and 20, which Defendant incorporates herein by reference.[1]

2.      Local Rule 7 provides only for the filing of a motion with memorandum of points and authorities, an opposition memorandum and a reply memorandum, but not any other paper in association with a motion. Plaintiff's filing of an amended motion adds nothing of substance to his prior motions. Accordingly, if not denied, the Amended Motion should be dismissed as duplicative in absence of a motion for leave to file, which Plaintiff has failed to file.

---

[1] A ruling on these motions for discovery should also control the disposition of Plaintiff's Omnibus Motion for Leave to File First Set of Interrogatories to Defendant, filed on January 3, 2007. In addition to the substantive grounds for not authorizing discovery referenced herein, Local Civil Rule 5.2 does not authorize the filing of interrogatories in this manner, so that Plaintiff's Omnibus motion should be stricken from the docket or simply dismissed.

WHEREFORE, Defendant submits that Plaintiff's amended motion for an order compelling discovery should be stricken or denied and that his omnibus motion for leave to file first set of interrogatories to Defendant should be stricken or dismissed.[2]

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. Bar # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/
                OLIVER W. McDANIEL, D.C. Bar #377360
                Assistant United States Attorney
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 616-0739

---

[2] Notwithstanding the Court designated filing date of December 20, 2006, Counsel for the Defendant has yet to receive a service copy of the Amended Motion, which may be reflective of the fact that the address listed on Plaintiff 's certificate of service contains a bit of surplusage beyond the proper address for Counsel for the Defendant. Defendant was not served until December 27, 2006, when the Court docketed the Amended Motion through the Electronic Court Filing system, so that this filing is timely.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing Defendant's Oppositions to Plaintiff's Amended Motion for an Order Compelling Discovery and his Motion for Leave to File First Set of Interrogatories to Defendant, has been made by U.S. Mail, postage prepaid, addressed as follows:

**Lester Jon Ruston**
**R26834-177**
**MEDICAL CENTER FOR FEDERAL PRISIONERS**
**P.O. Box 4000**
**Springfield, Missouri 65801-4000**

on this 10th day of January, 2007.

/s/
OLIVER W. MCDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739