UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BARBARA RIGGS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0782 (RMU)) |

**DEFENDANT'S REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR IMPOSITION OF FILING RESTRICTIONS AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

The Defendant, through counsel, the United States Attorney for the District of Columbia, respectfully submits this reply memorandum in response to Plaintiff's opposition to Defendant's motion for the imposition of filing restrictions. Defendant submits that Plaintiff has failed to address adequately the grounds she raised justifying the imposition of filing restrictions.

## DISCUSSION

### Summary of the Grounds for Defendant's Motion

Defendant has established that Plaintiff has persisted in filing motions with the appearance of having an improper purpose, knowing that the claims and other legal contentions therein are not warranted by existing law or are not supported by sound arguments, or knowing that the factual allegations and other factual contentions do not have evidentiary support. Defendant sought this imposition of filing restrictions in lieu of sanctions under Fed. R. Civ. P. 11(c), based on the guidance provided by the Rule and the general authority of the court pursuant to Article 3 of the U.S. Constitution and Title 28 U.S.C. § 1651(a) (All Writs Act).

Defendant established that Plaintiff has previously litigated the issues again presented to this Court in at least three similar suits: (1) <u>Ruston v. Bush</u>, C.A. 01-01052-L (N.D. TX), (2) <u>Ruston v. Bush</u>, C.A. 01-01818-H (N.D. TX), and (3) <u>Ruston v. U.S. Dep't. of Justice</u>, C.A. 05-03304 (RED) (W.D. MO), each of which cases was dismissed as frivolous. <u>See</u> Pacer Docket Entries 6, 7, and 8 (for C.A. 01-01052-L (N.D. TX); Pacer Docket Entries 11, 14, and 15 (for C.A. 01-01818-H (N.D. TX); and Pacer Docket Entry 05-03304 (RED) (W.D. MO). In this case, now his fourth "bite" at the proverbial "apple," as Defendant has shown, Plaintiff has filed a number of documents containing incoherent, baseless allegations which fail to set forth a valid cause of action. Plaintiff has continued filing these motions even after Defendant filed a motion to dismiss. Plaintiff has even sought discovery improperly. Further, Defendant has established that Plaintiff's filings, including the opposition addressed herein, all repeat rather bald and convoluted allegations concerning Plaintiff's perception that Defendant is conspiring against him.

Given Plaintiff's demonstrated propensity to file multiple motions of little or no merit, Defendant's submissions justify the Court entering an order relieving Barbara Riggs, and any other federal defendant named or substituted in her place in this matter, of an obligation to respond to any additional motions filed by Plaintiff, unless ordered to do so by this Court. It is clear that such an order would protect the efficiency and integrity of the litigation process in this case and would save the Court from having to rule on a series of motions that, from all indications, are frivolous or unnecessary.

**Plaintiff's Arguments in Opposition**

Plaintiff does not deny that he has previously filed several similar suits or that they have been dismissed as frivolous. Likewise, Plaintiff does not contest that he has submitted a number of

filings. In defense of Defendant's request for filing restrictions, Plaintiff only contends that his submissions have been true and has repeated his conclusory allegations without offering any foundation in support of these claims. Plaintiff has gone so far as to now include Counsel for the Defendant in his string of *ad hominem* allegations and, without justification, included a request for a psychiatric examination of Defendant Riggs in his opposition. Given the issues at stake in this motion, that Plaintiff chose to advance the latter motion affords the Court a perfect anecdote justifying the relief Defendant seeks. It is clear that Plaintiff's frivolous filing calls for the Court to set limits on Plaintiff's ability to file or, minimally, limits on the necessity of Defendant responding to these filings.

WHEREFORE, Defendant submits that her motion for the imposition of filing restrictions should be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of January, 2007, I caused the foregoing Defendant's Reply Memorandum to Plaintiff's Opposition to Defendant's Motion for Imposition of Filing Restrictions Against Plaintiff, to be served on *Pro se* Plaintiff by the Electronic Court Filing system, to the extent that he has access, and by first-class mail, postage prepaid, addressed as follows:

**LESTER JON RUSTON**
**R26834-177**
**SEAGOVILLE FEDERAL CORRECTIONAL INSTITUTION**
**P.O. Box 9000**
**Seagoville, TX 75159**

/s/
OLIVER W. MCDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 616-0739