IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| LESTER JON RUSTON, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 06-0782 RMU |
| BARBARA S. RIGGS, | § | |
| Defendant, | § | |

OMNIBUS MOTION TO EXPEDITE
MOTION TO COMPEL

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Omnibus Motion to Expedite and Motion to Compel, and would show the Honorable Court as follows:

I.

That the Plaintiff is detained, illegally, and deprived of all constitutional rights under the 1st, 4th, 5th, 6th, 8th and 14th Amendments to the U.S. Constitution on the perjured testimony of Jeffrey Don Elmore, last known employment United States Secret Service. The Defendant has allegedly "ordered" Armando Fernandez to aid and abett all of Elmore's insane crimes committed against the Plaintiff.

II.

Despite two seperate court orders to provide "Brady" and "Giglio" material to the Plaintiff in U.S. v. Ruston, 3:04-CR-191-G N.D. Texas, Dallas Division, the Defendant and U.S. Attorney of the Northern District of Texas, Dallas Division continue to refuse to provide the N.C.I.C. records of Jeffrey Don Elmore, or any "discovery" filed for in this matter or the criminal matter cited supra. For these reasons, and in the interest of "justice", the purpose of 42 U.S.C. § 1983, the Plaintiff does compel this Court to Order the Defendant to provide these documents instanter. Due to the continued "fraud" being perpetrated by the Defendant, and her co-conspirators, U.S. Attorney of N.D. Texas, Dallas Division, which is impeding on Plaintiff's 4th, 5th, 6th, 8th and 14th Amendment rights under the U.S. Constitution, which is "public record" in U.S. v. Ruston, 06-11216 5th Cir. pending, the

Plaintiff would request an order to "expedite" this matter, in the interest of justice. The District Court in Dallas just committed another alleged act of "fraud" to obstruct Plaintiff's attempts to gain his release from unlawful restraint, all due to the fraud committed by the Defendant and United States Secret Service. The Defendant is facially committing further acts of "witness tampering" with the staff of Springfield, Missouri and U.S. Attorney of the Northern District of Texas, Dallas Division to obstruct Plaintiff's legal efforts in the matter <u>Ruston v. Gunja</u>, 07-3002-CV-S-FJG-H Western District of Missouri, Southern Division, a habeas corpus action seeking relief from alleged unlawful restraint, due to the continued acts of fraud by Defendant and United States Secret Service.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Omnibus Motion to Expedite and Motion to Compel, and would move the Court to grant this motion and to order the Defendant to produce all N.C.I.C. records on Jeffrey Don Elmore, as well as all "discovery" in this matter, and that all documents shall be provided instanter.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 4000
Springfield, Missouri 65801

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 26th day of Janaury, 2007, by placing such in the inmate mail box with first class postage affixed, with one copy provided to counsel for the Defendant at address listed below, pursuant to Rule 5 Fed.R.Civ.P.

Les J. Ruston

Oliver W. McDaniel
AUSA
555 Fourth Street N.W.
Washington, D.C. 20530

-2-