UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER JON RUSTON<br>R 26834-177<br><br>    Plaintiff,<br><br>  v.<br><br>BARBARA RIGGS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0782 (RMU))<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S OMNIBUS
MOTION TO EXPEDITE MOTION TO COMPEL**

Defendant Barbara Riggs, through counsel, the United States Attorney for the District of Columbia, hereby respectfully submits this opposition to *Pro Se* Plaintiff's Omnibus Motion to Expedite Motion to Compel (hereinafter "Motion to Expedite") (Dkt. 35.) In his motion, Plaintiff seeks an order compelling Defendant instantly to "produce all N.C.I.C. records of Jeffrey Don Elmore as well as all 'discovery' in this matter." (Dkt. 35 at page 2.) Plaintiff asks this Court to grant relief to him expeditiously, although, as Defendant argues in her original opposition, no basis exists to grant the motion. Plaintiff's latest motion is not only procedurally premature and without a proper factual foundation, but also repetitious. It is similar to his previous motions[1] and, thus, further supports Defendant's Motion to Impose Filing Restrictions on the Plaintiff. (Dkt. 34.)

---

[1] Defendant has previously opposed Plaintiff's discovery motions on similar grounds. See Dkt. No. 20, page 22, n. 8 ("Plaintiff's Motion to Compel should be denied. Because Plaintiff's claims are frivolous and should be dismissed, his motion for discovery, as well, should be denied."); Dkt. No. 28, page 3 ("Plaintiff prematurely sought an extensive list of documents without ever properly justifying his requests, before an answer had been filed in the case."); Dkt. No. 33, page 2 ("A ruling on these motions for discovery should also control the disposition of Plaintiff's Omnibus Motion for Leave to File First Set of Interrogatories to Defendant, filed on January 3, 2007. In addition to the substantive grounds for not authorizing discovery referenced herein, Local Civil Rule 5.2 does not authorize the filing of interrogatories in this manner, so that Plaintiff's Omnibus motion should be stricken from the docket or simply dismissed.").

Plaintiff filed several discovery motions, all of which have been premature. On June 22, 2006, Plaintiff filed a Motion to Compel Pursuant to 18 U.S.C. § 3771, in which motion he hurled bald allegations that: (1) Defendant had conspired with Special Agent Armando Fernandez in order to aid and abet various crimes against Plaintiff (attempted murder and stalking) (Dkt. 11 at 1); (2) Defendant has unlawfully obstructed Plaintiff's access to all records of Jeffrey Don Elmore (Dkt. 11 at 2); and (3) Defendant conspired with an Assistant U.S. Attorney to suppress Brady[2] material willfully (Dkt. 11 at 1). Plaintiff's Motion to Expedite repeats these same allegations. See Dkt. 35 at page 1 ("The Defendant has allegedly 'ordered' Armando Fernandez to aid and abet all of Elmore's insane crimes against Plaintiff." "[T]he Defendant and U.S. Attorney of the Northern District of Texas, Dallas Division continue to refuse to provide the N.C.I.C. records of Jeffrey Don Elmore, or any 'discovery' filed in this matter or the criminal matter [U.S. v. Ruston, 3:04-CR-191-G (N.D. Texas)] . . .."). On July 10, 2006, Plaintiff filed a Motion for Discovery, in which he requested similar material. See Dkt. 16-1 at page 2 (Request 4 sought "Brady" material in U.S. v. Ruston, 3:04-CR-191-G which had allegedly been denied to Plaintiff by Assistant U.S. Attorney Rick Calvert. Request 11 sought "[a]ll N.C.I.C. records of Jeffrey Don Elmore, employed by the Secret Service."). Both the Motion to Compel (Dkt. 11) and the Motion for Discovery (Dkt. 16) were filed before Defendant filed an answer or other responsive pleading or conferred as required. On July 25, 2006, Defendant filed a Motion to Dismiss (Dkt. 19) and Motion to Transfer (Dkt. 21), as well as an Opposition to Plaintiff's Motion for Discovery (Dkt. 20).[3] These motions are still

---

[2] Brady v. Maryland, 373 U.S. 83 (1963).

[3] Plaintiff also filed a Motion to Compel on December 4, 2006 which was likewise procedurally premature and substantively insufficient (Dkt. 26). It sought discovery in order to show that Defendant (and possibly President George W. Bush) had ordered racketeering acts (Dkt. 26 at page 1).

pending, and Defendant has neither filed an answer nor received notice of any efforts by Plaintiff to confer as required. So, Plaintiff's present motion is clearly premature.

Plaintiff provides other grounds for granting this motion, all of which are just as baseless as his previous allegations. He accuses the "District Court in Dallas" of obstructing his attempts to "gain his release from unlawful restraint." Plff. Motion to Expedite (Dkt. 35 at page 2). Plaintiff neither describes the Court's act of obstruction nor details his attempt to obtain his own release. In addition, Plaintiff alleged that Defendant and the U.S. Attorney of the Northern District of Texas, Dallas Division have tampered with witnesses in Ruston v. Gunja, 07-3002-CV-S-FJG-H, (W.D. MO). Id. This allegation is likewise without foundation. Thus, Plaintiff has provided no legally sufficient grounds for this Court to grant his Motion to Expedite.

WHEREFORE, Defendant submits that Plaintiff's Motion to Expedite Motion to Compel should be denied.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
OLIVER W. McDANIEL, D.C. Bar #377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of February, 2007, I caused the foregoing Defendant's Opposition to Plaintiff's Motion to Expedite Motion to Compel, to be served on *Pro se* Plaintiff by the Electronic Court Filing system, to the extent that he has access, and by first-class mail, postage prepaid, addressed as follows:

**Lester Jon Ruston**
**R26834-177**
**MEDICAL CENTER FOR FEDERAL PRISONERS**
**P.O. Box 4000**
**Springfield, Missouri 65801-4000**

                                        /s/
OLIVER W. MCDANIEL, DC Bar #377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739