IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LESTER JON RUSTON, | § |
| Plaintiff, | § |
| vs. | §   Civil Action No. 06-0782 RMU |
| BARBARA S. RIGGS, | § |
| Defendant, | § |

## JUDICIAL NOTICE OF ADJUDICATIVE FACTS

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Judicial Notice of Adjudicative Facts, and would show this Honorable Court as follows, pursuant to Rule 201 of the Federal Rules of Evidence:

### I.

The Defendant and her "staff" have allegedly conspired to violate the Plaintiff's civil and constitutional rights with multiple "media" outlets, in violation of the 1st Amendment to the U.S. Constitution, most notably Katie Couric, whose name has been invoked in multiple civil and constitutional deprivations against the Plaintiff (see Ruston v. Justice Department, 06-0224 RMU). Plaintiff has served a Motion for Discovery from a Non-Party to NBC Television Network, which was copied to Samuel Freder, General Counsel for the FCC in Washington, D.C., due to allegations of crime and false advertising in furtherance of "entrapment" conspiracies (see Exhibit "A" attached 1 page).

### II.

Plaintiff has served a Motion for Discovery from a Non-Party to the Dallas Bureau of the F.B.I. (see Exhibit "B" attached 2 pages), whom are co-conspirators of Defendant.

### III.

Defendant, and her staff continue to refuse to respond to Plaintiff's Freedom of Information Request, nor have they responded to two appeals filed following

Plaintiff's construing this failure as a "denial" of said request. Plaintiff alleges continued "witness tampering" by the Defendant, and her "staff" members with State of Texas actors Dallas and Collin County, Texas, et al. and with the office of the U.S. Attorney in Dallas, Texas, in alleged criminal violation of 18 U.S.C. §'s 1512, 1513 and 1961-1964 R.I.C.O. Racketeering Act.

Wherefore, premises considered, Plaintiff, Lester Jon Ruston, does file this, his Judicial Notice of Adjudicative Facts, pursuant to Rule 201 of the Federal Rules of Evidence, and does request judicial notice of these facts.

Respectfully Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 4th day of March, 2007, by placing such in the inmate mail box with first class postage affixed. One copy has been provided to counsel for defendant at the address listed below, pursuant to Rule 5 Fed.R.Civ.P.

Les J. Ruston

Oliver W. McDaniel
AUSA
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(Misprision of felonies with Jeffrey Don Elmore)

**PENGUIN ENTERPRISES UNLIMITED**
P.O. BOX 400
SPRINGFIELD, MISSOURI 65801
"We put the media in mediation!!!"

February 10, 2007

Honorable Samuel Freder
General Counsel
Federal Communications Commission
Room 8-B723
445 12th Street, N.W.
Washington, D.C. 20534

Dear Sir,

    I serve you this "copy" of a discovery motion I have served on NBC Television, which is directly related to the complaint I have filed against you.

    I hereby request you investigate, and serve you this notice of legal culpability, pursuant to 28 U.S.C. § 1346.

    I have appealed Ruston v. Dallas County, 3:06-CV-1582-M, due to wanton judicial misconduct and the denial of my right to injunctive relief.

    You are continuing to aid and abett interstate stalking, conspiracy to commit invasion of privacy and multiple counts of witness tampering, which is now "public record" in Ruston v. Gunja, 07-3002-CV-S-FJG-H Western District of Missouri, Southern Division.

    I have filed to conduct depositions on Dr. James Kenneth Wolfson and Robert G. Sarrazin, who both questioned me about solicited mail from Katie Couric and NBC Television.

    If these morons don't want mail, they can simply not solicit viewers opinion on The Today Show.

    This is false advertising and "entrapment", as held in Jacobson v. U.S., 503 U.S. 540 (1992).

    I do not know anyone named Katie Couric, have never met her in my life and most certainly don't think I am in any kind of relationship with her, as falsely claimed in kidnapping conspiracies.

    This is public record in Ruston v. Justice Department, 06-0224 RMU D.C. District Court.

    Please do your job, or I will assist in making you lose your job, something I do very well.

Very Truly Yours,


Les J. Ruston
Owner
The Bruce

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LESTER JON RUSTON,                §
                                  §
        Plaintiff,                §
                                  §
vs.                               §   Civil Action No. 06-782 RMU
                                  §
BARBARA S. ACOSTA,                §
                                  §
        Defendant.                §

MOTION FOR DISCOVERY AND INSPECTION FROM A NON-PARTY

Comes now, Plaintiff, Lester Jon Ruston, and files this, his Motion for Discovery and Inspection from a Non-Party, and would show as follows:

I.

Said filing is made pursuant to Rule 45 Fed.R.Civ.P. Plaintiff seeks all F.B.I. records on Jeffrey Don Chaney, that is now employed Defendant Deborah Riggs and the U.S. Secret Service, including but not limited to his N.C.I.C. records which were court ordered and never provided in U.S. v. Ruston, 3:04-CR-191-G, N.D. Texas, Dallas Division. The Dallas Office of the F.B.I. has conspired to aid and abett a conspiracy to commit kidnapping and attempted murder of Jeffrey Don Chaney, and "cover-up" of same, in the ongoing custom and practice, as alleged in Ruston v. United States, 06-0255-CV-SW-RED, Western District of Missouri, Southern Division.

II.

Plaintiff seeks all F.B.I. files on Lester Jon Ruston, including but not limited to all files maintained by Joan E. Miller and C. Demetria Moore, Forensic, all documents requested in F.O.I.A. requests which the F.B.I. has refused to provide, due to aiding and abetting A.T.F./D.E.A. Racketeering Interprises in this Country.

III.

Plaintiff seeks all F.B.I. files maintained on Investigation of 3102 Wild Place Apartments, including any arrests and the Dallas Police of a black American male, last known address 3102 Wild Place #135, Dallas, Texas 75220 as of

-1-

May of 2004, which is in the handwritten notes of James K. Ellis, taken at the Carrollton, Texas police headquarters May 21, 2004, following Plaintiff's arrest on the perjured testimony of Gary Fernandez, Carrollton Police Detective, who is the main listed suspect in a conspiracy, with this "pimp" of mafia, and supported by U.S. Attorney Mumford B. Roper of 95th Jud. Dist.

Wherefore, premises considered, the above, Lester Jon Ruston, does this day, his motion for discovery and inspection under Rule 34, and does hire the Dallas Bureau of the F.B.I. to provide said documents to the Plaintiff, instanter, pursuant to Rule 34 of the Fed.R.Civ.P.

Respectfully, Submitted,

Lester Jon Ruston #26834-177
P.O. Box 9000
Seagoville, Texas 75159

CERTIFICATE OF SERVICE

I have sent a correct copy of this instrument to Special Agent A. Williams Loker of the F.B.I. Seagoville, Texas on April 28, 2007, for production of discovery to cure the Brady mat. you withheld from my criminal defense counsel at trial in January, 2005, due to actual bias by Mumford B. Roper and John Robert Nicholas, Cause No. 3:04-CR-5056-L-M, through their own misdeeds.

Respectfully submitted,

Lester J. Ruston