UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| LESTER JON RUSTON, | : | | |
| | : | | |
| Plaintiff, | : | | |
| | : | | |
| v. | : | Civil Action No.: | 06-0782 (RMU) |
| | : | | |
| BARBARA RIGGS, | : | Document Nos.: | 5, 11, 13, 15, 16, 18, 19, 26, 27, 29, 30, 32, 35 |
| | : | | |
| Defendant. | : | | |

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 15th day of March, 2007 hereby

**ORDERED** that plaintiff's motions for a preliminary injunction [Dkt. #5], to compel [Dkt. #11, 26, 29, 35], for default judgment [Dkt. #15], for discovery [Dkt. #16], for sanctions [Dkt. #18, 26], to appoint counsel [Dkt. #30], for leave to file [Dkt. #32], and to expedite [Dkt. #35] are **DENIED**, and it is

**FURTHER ORDERED** that defendant's motion for an extension of time to file a response to the complaint [Dkt. #13] is **GRANTED** *nunc pro tunc*, and it is

**FURTHER ORDERED** that defendant's motion to dismiss [Dkt. #19] is **GRANTED**, her motion to dismiss as frivolous [Dkt. #19] is **DENIED without prejudice**, her motion to transfer [Dkt. #19] is **DENIED**, and her motion for imposition of sanctions [Dkt. #27] is **DENIED**, and it is

1

**FURTHER ORDERED** that plaintiff's *in forma pauperis* status is **REVOKED**, and that this civil action is **DISMISSED without prejudice** to refiling upon payment in full of the $350 filing fee.

**SO ORDERED**.

RICARDO M. URBINA  
United States District Judge