UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON, )
   Plaintiff, )
)
vs. ) CIVIL ACTION NO. 06-0782 RMU
)
BARBARA S. RIGGS, )
   Defendant, )

## MOTION TO AMEND OR ALTER JUDGMENT RULE 59(e)

Comes now, Plaintiff, Lester Jon Ruston, and files this, his motion to amend or alter judgment, pursuant to Rule 59(e) of the Fed. R. Civ. P., and would show as follows:

### I.

On or about 3/5/07, this Honorable Court revoked Plaintiff's I.F.P. status, which was GRANTED on 4/19/06 by the Honorable Reggie B. Walton. Said action has been done, without any explanation or legal justification, which is denying the Plaintiff his legal rights, pursuant to 28 U.S.C. Section 1915 and 28 U.S.C. Section 2283 and 2284.

### MEMORANDUM AT LAW

Plaintiff's civil and constitutional rights are being violated by the Defendant, and her staff. The Courts have CLEARLY ruled an inmate has a right to protection, while in custody, particularly ILLEGAL custody, in _Davidson v. Cannon_, 474 U.S. 898 (1985) and _Hudson v. McMillan_, 503 U.S. 1, 5 (1992). The Court's order is denying Plaintiff these rights.

Plaintiff is a CIVIL detainee, and is not subject to the Prison Litigation Reform Act. Revocation is without legal foundation. The Circuit Courts have clearly held CIVIL detainees are NOT prisoners, within the meaning and definition of the Prison Litigation Reform Act, as held in _Ruston v. Dallas County, et al._

-1-

07-10206 5TH CIR. 2007, <u>RUSTON V. GONZALEZ</u>, 06-5315 D.C. CIR. 2006, <u>RUSTON V. VUKELICH</u>, 06-5355 D.C. CIR. 2006, <u>RUSTON V. WORLD WRESTLING ENTERTAINMENT</u>, 06-4303-CV 2ND CIR. 2006, <u>PERKINS V. HEDRICK</u>, 340 F.3d 582 (8TH CIR. 2003), AND <u>KOLOCOTRONIS V. MORGAN</u>, 247 F.3d 726, 728 (8TH CIR. 2001)

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF, LESTER JON RUSTON, DOES FILE THIS, HIS MOTION TO AMEND OR ALTER THE JUDGMENT, AND DOES MOVE THE COURT TO RE-INSTATE PLAINTIFF'S I.F.P. STATUS, AND TO RE-OPEN THIS MATTER, PURSUANT TO THE SUPREME COURT'S HOLDING IN FOMAN V. DAVIS, 371 U.S. 178, 182 (1962).

RESPECTFULLY SUBMITTED,

/s/

LESTER JON RUSTON #26834-177
P.O. BOX 9000
SEAGOVILLE, TX. 75159

-2-

## CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THE FOREGOING INSTRUMENT WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 19TH DAY OF MARCH, 2007, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED.

_____

LESTER JON RUSTON
THE BRUCE

OLIVER W. MCDANIEL
 AUSA
CIVIL DIVISION
555 4TH STREET, N.W.
WASHINGTON, D.C. 20530

-3-