UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

LESTER JON RUSTON, )
    PLAINTIFF, )
)
VS. )   CIVIL CAUSE  06-0782 RMU
)
BARBARA S. RIGGS, )
    DEFENDANT, )

RECEIVED
MAR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

COMES NOW, PLAINTIFF, LESTER JON RUSTON, AND FILES THIS, HIS NOTICE OF APPEAL, PURSUANT TO RULE 4 FED. R. APP. P. AND WOULD SHOW AS FOLLOWS:

### I.

THE DISTRICT COURT DISMISSED THIS MATTER AFTER REVOKING PLAINTIFF'S I.F.P. STATUS, WITHOUT REASON. PLAINTIFF IS A CIVIL DETAINEE, PURSUANT TO 18 U.S.C. SECTION 4243, WHICH IS ON RECORD IN 06-11216 5TH CIR. IN U.S. V. RUSTON. PLAINTIFF DOES MOVE TO PROCEED I.F.P. ON APPEAL, PURSUANT TO RULE 24 FED. R. APP. P. AND THE COURT'S HOLDING IN PERKINS V. HENDRICK, 340 F.3d 582 (8TH CIR. 2003), KOLOCOTRONIS V. MORGAN, 247 F.3d 726, 728 (8TH CIR. 2001), CITING RUSTON V. DALLAS COUNTY, ET AL., (07-10206 5TH CIRCUIT 2007.)

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF LESTER JON RUSTON DOES **TIMELY** FILE THIS, HIS NOTICE OF APPEAL, PURSUANT TO RULE 24 AND 4 FED. R. APP. P. AND DOES MOVE THE COURT TO ALLOW MOVANT TO PROCEED I.F.P. ON APPEAL AND TO APPOINT COUNSEL TO ASSIST MOVANT.

RESPECTFULLY SUBMITTED,

LESTER JON RUSTON # 26834-177
P.O. BOX 9000
SEAGOVILLE, TX. 75159

-1-

## CERTIFICATE OF SERVICE

A TRUE AND CORRECT COPY OF THIS NOTICE OF APPEAL WAS PROVIDED TO THE CLERK OF THE COURT ON THIS 19TH DAY OF MARCH, 2007, BY PLACING SUCH IN THE INMATE MAIL BOX WITH FIRST CLASS POSTAGE AFFIXED.

_____
LESTER JON RUSTON

THE BRUCE

PSALMS 94

-2-