IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LESTER JON RUSTON,                          §

     Plaintiff,                          §

vs.                                         §    Civil No. 06-0782 RMU

BARBARA S. RIGGS,                           §

     Defendant,                          §

PLAINTIFF'S OMNIBUS MOTION FOR RECONSIDERATION RULE 60(B)
MOTION TO DISQUALIFY RICARDO URBINA

Comes now, Plaintiff, Lester Jon Ruston, and files this, his
Omnibus Motion for Reconsideration, pursuant to Rule 60(b) Fed.R.Civ.P.
and his Motion to Disqualify Judge Ricardo M. Urbina, pursuant to
28 U.S.C. § 144, and would show the Court as follows:

I.

On or about 3/15/07, Judge Ricardo M. Urbina dismissed this
matter, without prejudice, for failure to pay the filing fee, despite
Plaintiff being allowed to proceed In Forma Pauperis, as ruled by
the Honorable Reggie B. Walton. Plaintiff has filed a Rule 59(e) Motion
to Amend or Alter Judgment on March 19th, 2007, and reasserts and
fully incorporates all allegations of fact contained in this filing
as if fully set forth below. Plaintiff is a **civil detainee held unlaw-
fully due to the actions of the Defendant** and her staff, and is not
subject to the PLRA, as held by the Court's in Troville v. Venz, 303
F.3d 1256, 1260 (11th Cir. 2002) and Michau v. Charleston County, S.C.,
434 F.3d 725, 727 (4th Cir. 2006). Said ruling of 3/15/07 was a
clear act of discrimination and abuse of discretion, which has resulted
in Judicial Complaint No. 07-09, which Plaintiff reasserts and fully
incorporates as if set forth below.

II.

Plaintiff has a statutory right to a "fair" and "impartial"
Judge, not to mention mentally competent, pursuant to 28 U.S.C. §'s
144, 351, 453 and 455. Judge Ricardo M. Urbina has allowed himself to
be swayed by a criminal element of the U.S. Secret Service, in viola-
tion of Canon 3 A.(1) of the Canons of Judicial Conduct. He violated
Canon 3 A.(3) when he failed to maintain order in this proceeding,
and denied Plaintiff his rights, pursuant to 28 U.S.C. § 1915 and

5 U.S.C. § 701-706 Administrative Procedures Act, to aid and abet the Defendant and Jeffrey Don Elmore in criminal violations of Texas Penal Code §'s 20.04, 32.43, 32.46 and 32.47, utilizing taxpayers funds for criminal purposes. Further, Urbina has utilized his bench to violate Plaintiff's rights pursuant to 5 U.S.C. § 552 & 552(a) with the Defendant and her staff member Kathy J. Lyerly, which shows a bias and prejudice which is personal as opposed to judicial in nature, as held in the matter In Re Vasquez-Botet, 464 F.3d 54 (1st Cir. 2006). Further, Urbina has conspired to violate 18 U.S.C. § 4001 with the Defendant, and is denying judicial review as cited supra, in violation of the Supreme Court's holding in Davis v. United States, 417 U.S. 333, 344-45 (1974). Plaintiff reasserts and fully incorporates all arguments in Ruston v. Justice Department, 06-0024 RMU as if fully set forth below, as these two civil matters are related.

    Wherefore, premises considered, Plaintiff, Lester "Les" J. Ruston, does file this, his Omnibus Motion for Reconsideration, under Rule 60(b) and Motion to Disqualify Ricardo M. Urbina, pursuant to 28 U.S.C. § 144, and would move this Honorable Court to GRANT this motion, order this matter to be reopened, and disqualify Ricardo M. Urbina from any further involvement in this matter.

Respectfully Submitted,

Lester "Les" J. Ruston #26834-177
Plaintiff
P.O. Box 880
Ayer, Mass. 01432

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing instrument was provided to the clerk of the court by placing such in the inmate mail box with first class postage affixed on this 29th day of May, 2007, pursuant to the Fed.R.Civ.P. One copy was provided to counsel for Defendant at the address listed below by the same means on the same day. Plaintiff cannot conference, due to illegal incarceration and continued criminal insanity of Defendant and her counsel.

Les J. Ruston

Oliver W. McDaniel, Esq.
AUSA-Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

-2-

AFFIDAVIT OF LESTER JON RUSTON
28 U.S.C. § 144 06-0782 RMU

My name is Lester Jon Ruston. Affiant is over the age of 18 and is competent to make the following declaration, under oath of law.

Affiant is the Plaintiff in Ruston v. Riggs, 06-0782 RMU and the Complainant in Judicial Complaint 07-09 D.C. Circuit Court.

Affiant is a skilled and highly trained private investigator, legal consultant and "expert witness", pursuant to Rule 702 of the Federal Rules of Evidence.

Your affiant is the expert witness in Judicial Complaint 07-6-351-11 at the 6th Circuit Court of Appeals on a Judge Graham.

Affiant asserts his belief that Ricardo M. Urbina is a racist, who discriminates against the indigent and against caucasians, in particular against ethnic Celts of Scottish descent, which applies to the affiant.

Affiant asserts Urbina is violating 18 U.S.C. §'s 2, 3 and 4 with Barbara S. Riggs.

Affiant asserts his belief that he is not mentally competent to sit on this civil rights matter, or any matter affiant has or may bring before the D.C. District.

All allegations of fact in this affidavit are true and correct to the best of affiant's knowledge, and State of Texas and Federal records, sworn to under penalty of law with affiant's signature affixed, pursuant to 28 U.S.C. § 1746 and Texas Civil Practices and Remedies Code § 132.002.

Dated: 5-29-07

Declarant
Lester Jon Ruston
Owner
Penguin Enterprises Unlimited
State of Texas Sales Tax ID 2-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

-3-