# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5123**                                       **September Term, 2006**

06cv00782

**Filed On:**

Lester Jon Ruston,
      Appellant

v.

Barbara Riggs,
      Appellee

FILED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
MAY 9 2007
CLERK

### ORDER

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by June 8, 2007, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to proceed on appeal in forma pauperis, see Fed. R. App. P. 24(a), and submit **to this court** a completed Consent to Collection of Fees and Prisoner Trust Account Report. See Attachments. **The district court's April 27, 2006, authorization to proceed in that court in forma pauperis is effective only for proceedings in the district court and does not carry over to proceedings in this court**. See U.S.C. § 1915(a); Fed. R. App. P. 24(a)(3). In the event the district court denies leave to proceed on appeal in forma pauperis, appellant may renew that request in this court. See Fed. R. App. P. 24(a)(5).

     A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
MaryAnne McMain
Deputy Clerk

Attachments:
- (1) Motion for Leave to Proceed on Appeal In Forma Pauperis
- (2) Consent to Collection of Fees
- (3) Prisoner Trust Account Report
- (4) Prison Litigation Reform Act Informational Letter