Received
Mail Room
AUG 02 2007
United States Courts of Appeals
District of Columbia Circuit

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
FILED   AUG - 2 2007

LESTER JON RUSTON          USCA No. 07-5123

v.

BARBARA RIGGS              USDC No. 06-0782 RMU

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, LESTER JON RUSTON, declare that I am the ☑ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

DENIAL OF JUDICIAL REVIEW PURSUANT TO 5 U.S.C. SECTIONS 701-706
DENIAL OF FAIR AND IMPARTIAL JUDGE
I.F.P. REVOCATION WAS INAPPROPRIATE
    DENIAL OF INJUNCTIVE RELIEF ABUSE OF DISCRETION

Signature _____
Name of *Pro Se* Litigant (PRINT) LESTER JON RUSTON
Address P.O. Box 879
        AYER, MASS. 01432

Submit original with a certificate of service to:

> Clerk
> U.S. Court of Appeals for the D.C. Circuit
> 333 Constitution Avenue, N.W.
> Rm. 5423, E. Barrett Prettyman U.S. Courthouse
> Washington, DC 20001

-3-

## Affidavit Accompanying Motion for Leave
## to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

LESTER JON RUSTON

Case No. 07-5123

v.

BARBARA S. RIGGS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: /s/

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 7-25-07

My issues on appeal are:

DENIAL OF JUDICIAL REVIEW PURSUANT TO 5 U.S.C. SECTION 701-706
DENIAL OF FAIR AND IMPARTIAL JUDGE / JUDICIAL MISCONDUCT
REVOCATION OF I.F.P. STATUS ABUSE OF DISCRETION
DENIAL OF INJUNCTIVE RELIEF ABUSE OF DISCRETION
APPELLANT IN IMMINENT DANGER, DUE TO CONTINUED
R.I.C.O. RACKETEERING BY APPELLEE

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]        -4-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ -0- | $ N/A | $ -0- | $ N/A |
| Self-employment | $ -0- | $ | $ -0- | $ |
| Income from real property (such as rental income) | $ -0- | $ | $ -0- | $ |
| Interest and dividends | $ -0- | $ | $ -0- | $ |
| Gifts | $ 220 | $ | $ -0- | $ |
| Alimony | $ -0- | $ | $ -0- | $ |
| Child support | $ -0- | $ | $ -0- | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ -0- | $ | $ -0- | $ |
| Disability (such as social security, insurance payments) | $ -0- | $ | $ -0- | $ |
| Unemployment payments | $ -0- | $ | $ -0- | $ |
| Public-assistance (such as welfare) | $ -0- | $ | $ -0- | $ |
| Other (specify): -0- | $ -0- | $ | $ -0- | $ |
| Total monthly income: | $ 220 20.00 | $ | $ -0- | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | JAILED | JAILED | -0- |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | JAILED | NONE | JAILED |
| | | | |

4. How much cash do you and your spouse have? $ 4.10

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | N/A | $ N/A | $ N/A |
| STOLEN | | $ N/A | $ N/A |
| | | $ | $ |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)    Other real estate (Value)    Motor vehicle # 1 STOLEN (Value)
NONE            NONE                          Make & year: _____
                                              Model: _____
                                              Registration #: _____

Motor vehicle #2 STOLEN (Value)    Other Assets (Value)    Other Assets (Value)
Make & year _____                  STOLEN                  STOLEN
Model _____
Registration #: _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| REVIVRE STAFFING -TEXAS | $65.00 | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ -0- | $ N/A |
|     Are real-estate taxes included? | [ ] Yes [✓] No |  |
|     Is property insurance included? | [ ] Yes [✓] No |  |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ -0- | $ |
| Home maintenance (repairs and upkeep) | $ -0- | $ |
| Food | $ -0- | $ |
| Clothing | $ -0- | $ |
| Laundry and dry-cleaning | $ -0- | $ |
| Medical and dental expenses | $ -0- | $ |
| Transportation (not including motor vehicle payments) | $ -0- | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ -0- | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ -0- | $ |
|   Homeowner's or renter's | $ -0- | $ |
|   Life | $ -0- | $ |
|   Health | $ -0- | $ |
|   Motor Vehicle | $ -0- | $ |
|   Other: _____ | $ -0- | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ -0- | $ |
| Installment payments | $ -0- | $ |
|   Motor Vehicle | $ -0- | $ |
|   Credit card (name): _____ | $ -0- | $ |
|   Department store (name): _____ | $ -0- | $ |
|   Other: _____ | $ -0- | $ |
| Alimony, maintenance, and support paid to others | $ -0- | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ -0- | $ |
| Other (specify): _____ | $ -0- | $ |
| Total monthly expenses: | $ -0- | $ |

JAILED

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -7-

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[✓] Yes   [ ] No   If yes, describe on an attached sheet.   LITIGATION SETTLEMENTS

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $ —0—

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [✓] No

If yes, how much? $ —0—

If yes, state the person's name, address, and telephone number:
MYSELF

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.   BUSH AND APPELLEE ARE INSANE CRIMINALS WHO STOLE ALL MY PROPERTY AND MONEY, SEE RUSTON V. STATE OF TEXAS, D-1-GN-07-001059 DISTRICT COURT 201ST, TRAVIS COUNTY, TX.

13. State the address of your legal residence.
42 PATTON ROAD
AYER, MASS. 01434
DEVENS' FEDERAL MEDICAL CENTER

Your daytime phone number: (796)
Your age: 49   Your years of schooling: 14 + SPECIAL TRAINING AND LAW
Your social-security number: 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

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]   -8-

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was provided to the clerk of the court on this 26th day of July, 2007 in the pre-paid postage envelope provided by this fine office of caring American citizens. Due ot the ongoing "alleged" criminal harassment of Appellant by Appellee and her co-conspirators, no service will be provided to them, pending a hearing and ruling on Emergency Motion for Injunction Pending Appeal, enclosed herewith.

*[signature]*
Lester Jon Ruston

-2-

Ruston v. Riggs, 07-5123