UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER JON RUSTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-0782 (RMU) |
| | : | |
| BARBARA RIGGS, | : | Dkt. # 44 |
| | : | |
| Defendant. | : | |

## **ORDER**

It is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* on appeal [#44] is DENIED.

SO ORDERED.

                                                                                                                              RICARDO M. URBINA
                                                                                                                              United States District Judge

Date: September 18, 2007