# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5123**  **September Term, 2007**

06cv00782

Filed On: February 26, 2008

[1100963]
Lester Jon Ruston,
        Appellant

v.

Barbara Riggs,
        Appellee

**MANDATE**

Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:

BY: _____, Deputy Clerk

ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

**BEFORE:** Randolph, Tatel, and Garland, Circuit Judges

### ORDER

Upon consideration of the order to show cause issued November 30, 2007, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the judgment of the district court be affirmed. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir.1987) (per curiam). Appellant does not dispute that he was a "prisoner" for purposes of 28 U.S.C. § 1915(g) when he filed the suit that gave rise to this appeal, see 28 U.S.C. § 1915(h), or that he brought at least three actions while incarcerated that were "dismissed on the grounds that [they were] frivolous, malicious, or fail[ed] to state a claim upon which relief may be granted," id. § 1915(g). Furthermore, appellant has not demonstrated "imminent danger of serious physical injury," id. For these reasons, the district court properly determined that appellant was ineligible to proceed *in forma pauperis* and dismissed the complaint for failure to pay the filing fee.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk